# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**DR. DONALD RAGGIO**
**DR. CHRIS RAGGIO**                                             **PLAINTIFFS**

**VS.**                                           **CAUSE NO. 3:19cv22HTW/LRA**

**MTGOX, Inc., a Delaware corporation;**
**CODE COLLECTIVE, LLC, a New York limited liability company;**
**JED McCALEB, an individual**                      **DEFENDANTS**

## NOTICE OF FILING OF STATE COURT RECORD

Jed McCaleb and Code Collective, LLC ("Defendants") hereby give notice of the filing of the State Court Record pursuant to Rule 5(b) of the Rules for the United States District Courts for the Northern and Southern Districts of Mississippi.

Respectfully submitted, this 10th day of January, 2019.

                                         **JED McCALEB and**
                                         **CODE COLLECTIVE, LLC**

                          By:    */s/ Edwin S. Gault Jr.*
                                         EDWIN S. GAULT, JR. (MSB #10187)
                                         MANDIE B. ROBINSON (MSB #100446)
                                         T. PEYTON SMITH (MSB #103867)

                                         *Attorneys for Defendants Jed McCaleb and*
                                         *Code Collective, LLC*

OF COUNSEL:

FORMAN WATKINS & KRUTZ LLP
210 East Capitol Street, Suite 2200
Jackson, Mississippi 39201-2375
Post Office Box 22608
Jackson, MS  39225-2608
Telephone:  (601) 960-8600
Facsimile:  (601) 960-8613
win.gault@formanwatkins.com
mandie.robinson@formanwatkins.com
peyton.smith@formanwatkins.com

ETHAN JACOBS
HOLLAND LAW, LLP
220 Montgomery Street, Suite 800
San Francisco, California 94104
Telephone: (415) 200-4984
ejacobs@hollandlawllp.com


*Counsel for Jed McCaleb and Code Collective, LLC*

# **CERTIFICATE OF SERVICE**

I do hereby certify that I have this day served a true and correct copy of the above and foregoing pleading via email on the following:

>Armin J. Moeller, Jr.
>Walter H. Boone
>Christine Crockett White
>Jonathan P. Dyal
>Andy Lowry
>Patrick Everman
>Perry P. Taylor
>Balch & Bingham, LLP
>188 East Capitol Street
>Jackson, MS 39201-2608
>amoeller@balch.com
>wboone@balch.com
>cwhite@balch.com
>jdyal@balch.com
>alowry@balch.com
>peverman@balch.com
>ptaylor@balch.com

*Attorneys for Plaintiffs*

Respectfully submitted, this the 10th day of January, 2019.

>/s/ *Edwin S. Gault, Jr.*
>EDWIN S. GAULT, JR.