IN THE CIRCUIT COURT OF THE FIRST JUDICIAL DISTRICT
HINDS COUNTY, MISSISSIPPI

DR. DONALD RAGGIO
DR. CHRIS RAGGIO                                                           PLAINTIFFS

VS.                                                         CAUSE NO. 14-CV-00071-TTG

MTGOX, a sole proprietorship;
MTGOX, Inc. a Delaware corporation;
MT.GOXX KK, a Japanese corporation;
TIBANE KK, a Japanese corporation;
MUTUM SIGILLUM, LLC, a Delaware
Limited Liability Company; CODE
COLLECTIVE, LLC, a New York Limited
Liability Company; JED McCALEB, an
Individual; MARK KARPELES, an individual;
And JOHN DOES 1-5, and CORPORATE
JOHN DOES 1-5                                                              DEFENDANTS

### VERIFIED APPLICATION OF ETHAN ISAAC JACOBS IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

STATE OF CALIFORNIA
COUNTY OF SAN FRANCISCO

PERSONALLY APPEARED before me, the undersigned authority in and for the aforesaid jurisdiction, the within named Ethan Isaac Jacobs, who after being duly sworn, states under oath as follows:

1. I desire to appear as counsel on behalf of Defendant Code Collective, LLC, and Jed McCaleb, individually and formerly doing business as MTGOX, a sole proprietorship, as counsel *pro hac vice* in the matter styled *Dr. Donald Raggio, et al. v. MTGOX, et al.*, bearing Cause No. 14-CV-00071-TTG, pending in the First Judicial District of the Circuit Court of Hinds County, Mississippi..

2. a. My full name is Ethan Isaac Jacobs.
   b. My residence address is 1919 San Jose Avenue, San Francisco CA 94112.



EXHIBIT "A"

  c. My office address is: Keller, Sloan, Roman & Holland LLP, 555 Montgomery Street, 17th Floor, San Francisco, California 94111, Telephone: (415) 249-8330; Facsimile: (415) 249-8333; E-mail: ejacobs@ksrh.com.

3. I have been admitted to practice law in the following jurisdictions, as of the dates set forth below:

| Court | Date of Admission |
| --- | --- |
| New York | January 24, 2006 |
| California | December 3, 2013 |

4. I do not maintain an office within the State of Mississippi.

5. I have not engaged in the general practice of law in the State of Mississippi without being properly admitted and licensed to practice law in the State of Mississippi.

6. I am currently licensed in good standing to practice law in each jurisdiction in which I have previously been admitted.

7. I am not currently suspended or disbarred by any jurisdiction in which I have been admitted.

8. I have not been the subject of disciplinary action by the bar or courts of any jurisdiction during the preceding five (5) years.

9. I am of good moral character, and I am familiar with the ethics, principles, practices, customs and usages of the legal profession in the State of Mississippi.

10. During the immediately preceding twelve (12) months, I have appeared or made a request for admission to appear as counsel *pro hac vice* within the State of Mississippi in the following cases:

 None

2

11.  Unless I am permitted to withdraw by order of the First Judicial District of the Circuit Court of Hinds County, State of Mississippi, I will continue to represent Code Collective, LLC, and Jed McCaleb, individually and formerly doing business as MTGOX, a sole proprietorship, in the foregoing cause until the final determination of the cause, and with reference to all matters incident to such cause. I consent to the jurisdiction of the courts of the State of Mississippi, of the disciplinary tribunals of The Mississippi Bar, and of the Mississippi Board of Bar Admissions in all respects as if I were a regularly admitted and licensed member of The Mississippi Bar.

12.  I have not been found, in an appropriate disciplinary proceeding, to have advertised services in violation of Rule 7.2 of the Mississippi Rules of Professional Conduct, nor am I employed by or am a member of a firm which has been so found.

13.  I hereby certify that simultaneously herewith:

    a.  I will cause a copy of this Verified Application to be served on the Clerk of the Supreme Court of Mississippi, and upon all counsel of record in this cause.

    b.  I will cause the required fee to be forwarded to the Clerk of the Supreme Court of Mississippi.

    c.  I will cause the required payment to be forwarded to The Mississippi Bar.

14.  Following are the names and office address of the members in good standing of The Mississippi Bar whom I have associated in this cause:

3

Edwin S. Gault, Jr. (MSB No. 10187)
Mandie B. Robinson (MSB No. 100446)
FORMAN WATKINS & KRUTZ LLP
200 South Lamar Street, Ste. 100
Jackson, MS 39201-4099
Post Office Box 22608
Jackson, MS 39225-2608
Telephone: (601) 960-8600
Facsimile: (601) 960-8613

15. I declare under penalty of perjury that the foregoing is true and correct.

THIS, the 5th day of July, 2016.

_____
ETHAN ISAAC JACOBS

SWORN TO AND SUBSCRIBED BEFORE ME, this 5th day of July, 2016.

_____
Notary Public

My Commission Expires:

Nov. 24, 2019

WENDY WONG
COMM. #2134938
NOTARY PUBLIC-CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Expires Nov. 24, 2019

4

## **CERTIFICATE OF LOCAL ATTORNEY**

I hereby certify that I am member in good standing of The Mississippi Bar, and that I have agreed to be associated by Ethan Isaac Jacobs, Esq., in this cause.

THIS, the 6th day of July, 2016.

/s/ *Edwin S. Gault, Jr.*
EDWIN S. GAULT, JR.

**THE STATE BAR OF CALIFORNIA**

MEMBER RECORDS & COMPLIANCE

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617          TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

June 23, 2016

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ETHAN ISAAC JACOBS, #291838 was admitted to the practice of law in this state by the Supreme Court of California on December 3, 2013; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kathan Lambert
Custodian of Membership Records

EXHIBIT "B"

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## ETHAN ISAAC JACOBS

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **January 24, 2006**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**June 28, 2016**

_____
Clerk of the Court

1529

EXHIBIT "C"

- About
- Contact
- Advertise

- Twitter
- Facebook
- LinkedIn
- Google+
- RSS





Navigate

- Home
    - News
    - Hubs
    - Startups
    - Events
    - Features

- North Africa
- East Africa
- Southern Africa
- West Africa



Image courtesy of Antana via flickr.

# 2bn lumen up for grabs at Stellar Build Challenge

0
By Gabriella Mulligan on September 1, 2016

**San Francisco-based Stellar.org is inviting developers from West Africa to apply to the first Stellar Build Challenge, with US$3 million of lumen virtual currency to be awarded as prizes.**

Stellar.org supports the creation of a universal financial platform; and operates the Stellar Network – a free, open-source network that connects diverse financial systems and lets anyone build low-cost financial services – payments, savings, loans, insurance – for their community. The Build Challenge aims to encourage creativity and technical development in the ecosystem.

The Challenge asks developers to build solutions around four categories: anchors, exchanges, applications, and first-time submissions.

The anchors category seeks banks, licensed money-service providers, or mobile money operators that accept deposits, issue credits, and honour withdrawals on the Stellar network. Entries will be evaluated based on usage and uptake. Winners of the anchors category will be awarded annually, and there will be four prizes, ranging from 22 million lumens to 55 million lumens.

An exchange is a platform that supports lumen trading. Entries will be evaluated by the lumen volume on the qualifying exchange. Winners of the exchanges category will be awarded annually, and there will be four prizes, ranging from 5 million lumens to 33 million lumens.

Within the applications category, the focus is on the three subcategories – wallets, most active forum dedicated to Stellar, and most innovative applications. Award recipients will be determined by a panel of community members. Winners of the application category will be awarded quarterly, and there will be multiple prizes for each subcategory, ranging from 2.7 million lumens to 11 million lumens.

To encourage developers new to the Stellar ecosystem to build, each first-time submission from a unique GitHub account will be awarded 200,000 lumens.

"With every visit to West Africa, we're continually impressed by the talented tech communities we've come across" said Jed McCaleb, chief technical officer (CTO) of Stellar.org.

"Our goal with the Stellar Build Challenge is for local developers across West Africa and elsewhere to use Stellar's open financial platform to build applications that serve their audiences. We're excited to work with these communities, and to see the innovative results."

Applications open today (September 1) here, and close on September 20. The first winners will be announced on October 1.

Share this Story  Twitter  Facebook  Google+  LinkedIn  Email
Previous Article MMI invests in new Joburg tech hub Tshimologong Precinct
Next Article  Anzisha Prize finalists selected

## About Author



Gabriella Mulligan

- Website
- Twitter
- LinkedIn

Inspired and excited by the African tech entrepreneurial scene, Gabriella spends her time travelling around the continent to report on the most innovative tech startups, the most active investors, and the latest trends emerging in the ecosystem.

## Leave A Reply

Your Comment

Post Comment

- **Most Read**

  - 

    AUGUST 4, 2016 0[25 places to raise funding for your African tech startup](#)

  - 

    AUGUST 23, 2016 0[Nigerian startup selected for Start-Up Chile accelerator](#)

  - 

    AUGUST 26, 2016 0[SA's anti-piracy startup Custos raises $420k from TIA](#)

- 

  AUGUST 3, 2016 0SA startups finalists at MTN Business App of the Year Awards

- 

  AUGUST 12, 2016 0Ghana's telco discovery app Promolante plots monetisation after strong uptake

- **Sign up for the Latest News**

Email Address

Subscribe

Copyright © 2014-2016 Disrupt Africa. All rights reserved.

- About
- Contact
- Advertise
- Sitemap