IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**DR. DONALD RAGGIO**                                                **PLAINTIFFS**
**DR. CHRIS RAGGIO**

**VS.**                                                **CAUSE NO. 3:19-CV-22-HTW-LRA**

**MTGOX, Inc., a Delaware corporation;**
**CODE COLLECTIVE, LLC a New York limited liability company;**
**JED McCALEB, an individual;**
                                                                        **DEFENDANTS**

## ENTRY OF APPEARANCE

COMES NOW, Charles "Brad" Martin and hereby files his appearance as one of the counsel for Tyner Law Firm, P.A., appearing specifically for the purposes of monitoring this action and obtaining notice in that Tyner Law Firm, P.A. has filed a Notice of Lien in this matter with the Circuit Court of Hinds County, Mississippi.

RESPECTFULLY SUBMITTED, this the 14th day of January, 2019.

                                                             s/Charles "Brad" Martin
                                                             CHARLES "BRAD" MARTIN, MSB# 100767

CHARLES "BRAD" MARTIN, MSB# 100767
**TYNER LAW FIRM, P.A.**
3352 North Liberty Street
Canton, MS 39046
Phone: 601-401-1111
Fax: 601-957-6554

# **CERTIFICATE OF SERVICE**

I do hereby certify that I have this day served a true and correct copy of the above and foregoing pleading via the Court's electronic filing system on the following:

Edwin S. Gault, Jr., Esq.
Mandie B. Robinson, Esq.
T. Peyton Smith, Esq.
Forman Watkins & Krutz LLP
210 East Capitol Street, Suite 2200
Jackson, MS 39201-2375

Ethan Jacobs, Esq.
Holland Law, LLP
220 Montgomery Street, Suite 800
San Francisco, California 94104

Armin J. Moeller, Jr., Esq.
Andy Lowry, Esq.
Walter H. Boone, Esq.
Christine Crockett White, Esq.
Jonathan P. Dyal, Esq.
Patrick Everman, Esq.
Perry P. Taylor, Esq.
Balch & Bingham LLP
188 East Capitol Street, Suite 1400
Jackson, MS 39201

Respectfully submitted, this the 14th day of January, 2019.

s/ Charles B. Martin
CHARLES "BRAD" MARTIN, MSB# 100767