# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

| | |
|---|---|
| **DR. DONALD RAGGIO** | |
| **DR. CHRIS RAGGIO** | **PLAINTIFFS** |
| **VS.** | **CAUSE NO. 3:19cv22HTW/LRA** |
| **MTGOX, Inc., a Delaware corporation;** | |
| **CODE COLLECTIVE, LLC, a New York** | |
| **limited liability company; JED McCALEB,** | |
| **an individual** | **DEFENDANTS** |

## CORPORATE DISCLOSURE STATEMENT OF
## CODE COLLECTIVE, LLC

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Code Collective, LLC hereby states it is a New York limited liability company. Jed McCaleb is the sole member of Code Collective, LLC. There is no stock, thus no publicly-held entity owns 10% or more of the stock of Code Collective, LLC.

Respectfully submitted, this 16th day of January, 2019.

                                                    **CODE COLLECTIVE, LLC**

                                     By:  /s/ Edwin S. Gault Jr.
                                              EDWIN S. GAULT, JR. (MSB #10187)
                                              MANDIE B. ROBINSON (MSB #100446)
                                              T. PEYTON SMITH (MSB #103867)

                                              *Attorneys for Defendant Code Collective, LLC*

OF COUNSEL:

FORMAN WATKINS & KRUTZ LLP
210 East Capitol Street, Suite 2200
Jackson, Mississippi 39201-2375
Post Office Box 22608
Jackson, MS 39225-2608
Telephone: (601) 960-8600
Facsimile: (601) 960-8613
win.gault@formanwatkins.com
mandie.robinson@formanwatkins.com
peyton.smith@formanwatkins.com

ETHAN JACOBS
HOLLAND LAW, LLP
220 Montgomery Street, Suite 800
San Francisco, California 94104
Telephone: (415) 200-4984
ejacobs@hollandlawllp.com

***Counsel for Jed McCaleb and Code Collective, LLC***

# CERTIFICATE OF SERVICE

I do hereby certify that I have this day served a true and correct copy of the above and foregoing pleading via the Court's electronic filing system on:

Charles Brad Martin
Tyner Law Firm, P.A.
3352 North Liberty Street
Canton, MS 39046
bmartin@tynerlawfirm.com

*Former Attorney for Plaintiffs Asserting Lien*

and via email on the following:

Armin J. Moeller, Jr.
Walter H. Boone
Christine Crockett White
Jonathan P. Dyal
Andy Lowry
Patrick Everman
Perry P. Taylor
Balch & Bingham, LLP
188 East Capitol Street
Jackson, MS 39201-2608 amoeller@balch.com
wboone@balch.com
cwhite@balch.com
jdyal@balch.com
alowry@balch.com
peverman@balch.com
ptaylor@balch.com

*Attorneys for Plaintiffs*

Respectfully submitted, this the 16th day of January, 2019.

By: /s/ *Edwin S. Gault, Jr.*
Edwin S. Gault, Jr