IN THE CIRCUIT COURT OF THE FIRST JUDICIAL DISTRICT
HINDS COUNTY, MISSISSIPPI

DR. DONALD RAGGIO                                                                    PLAINTIFFS
DR. CHRIS RAGGIO

VS.                                                                  CIVIL ACTION NO. 14-0071

MTGOX, a sole proprietorship;
MTGOX, a Delaware corporation;
MTGOX KK, a Japanese corporation;
MUTUM SIGILLUM, LLC, a Delaware limited liability
company;
CODE COLLECTIVE, LLC, a New York limited liability
company;
JED McCALEB, an individual
MARK KARPELES, an individual;
JOHN DOES 1-5, and CORPORATE JOHN DOES 1-5                           DEFENDANTS

## AMENDED SCHEDULING ORDER

On August 1, 2018, Plaintiffs moved for an amended scheduling order; and this Court, being advised of the reasons therefor offered by Plaintiffs, and that Defendants do not oppose the motion, find that the motion is well taken and should be, and hereby is, granted. This Court enters the following amended scheduling order:

1. Motions for joinder of parties or amendments to the pleadings shall be served on or before **September 2, 2018**.

2. Plaintiffs shall designate their experts, if any, on or before **October 5, 2018**.

3. Defendants shall designate their experts, if any, on or before **November 16, 2018**.

4. All discovery shall be completed on or before **February 1, 2019**.

5. The parties shall complete private mediation, or with the consent of all parties a settlement conference with the Court, on or before **March 1, 2019**.

Error! Unknown document property name.

**Exhibit 6**

6.  All motions, with the exception of in limine motions, shall be served on or before **February 15, 2019**. All response briefs shall be served fourteen (14) days thereafter, and all reply briefs, if any, shall be served seven (7) days after the response briefs.

7.  All in limine motions shall be served forty-five (45) days prior to the trial setting.

8.  This matter is set for a pre-trial conference the week of **June 3, 2019**. The parties shall submit (via email) to the Court a proposed pre-trial order and proposed jury instructions at least five (5) days prior to the pre-trial conference.

9.  This matter is set for trial during the three-week civil term beginning on **June 10, 2019**.

SO ORDERED, this the 1st day of August, 2018.

_____
CIRCUIT COURT JUDGE

Prepared & Submitted By:

/s/ Andy Lowry
Armin J. Moeller, Jr., MSB No. 3399
Walter H. Boone, MSB No. 8651
Christine Crockett White, MSB No. 10107
Jonathan P. Dyal, MSB No. 99146
Andy Lowry, MSB No. 100782
Patrick Everman, MSB No. 104870
Perry P. Taylor, MSB No. 104944
BALCH & BINGHAM, LLP
188 East Capitol Street, Suite 1400
Jackson, MS 39201-2608
(601) 961-9900 Phone
(888) 954-5405 Fax
alowry@balch.com
amoeller@balch.com

*Attorneys for Plaintiffs*