**Taylor, Perry**

| | |
|---|---|
| **From:** | Boone, Walter |
| **Sent:** | Thursday, December 27, 2018 1:56 PM |
| **To:** | Win Gault |
| **Cc:** | Lowry, Andy; Mandie Robinson; Peyton Smith; Moeller, Armin; White, Christy Crockett; Khoury, Alex; Everman, Patrick; Taylor, Perry |
| **Subject:** | Re: Raggio suit - letter |

1. Yes.
2. Thanks but no thanks on the interlocutory appeal.

We look forward to your response.

Thanks.



Walter Boone, Partner, Balch & Bingham LLP
188 East Capitol Street • Suite 1400 • Jackson, MS 39201-2133
t: (601) 965-8179   f: (888) 856-9542   e: wboone@balch.com
www.balch.com


On Dec 27, 2018, at 1:03 PM, Win Gault <Win.Gault@formanwatkins.com> wrote:

> **[External Email] Please use caution.**
>
> Congrats on your victories today. Two questions:
> 1. Can we have a two week extension until Feb. 1 to designate?
> 2. I assume you are not interested in the interlocutory appeal suggestion in Peyton's 12/21 email?
>
> Finally, we will review and respond to your letter below after the New Year.
>
> **Win Gault**
> Forman Watkins & Krutz LLP
> Direct Dial: 601-969-7834
>
> **From:** Lowry, Andy <alowry@balch.com>
> **Sent:** Thursday, December 20, 2018 3:51 PM
> **To:** Win Gault <Win.Gault@formanwatkins.com>; Mandie Robinson <Mandie.Robinson@formanwatkins.com>; Peyton Smith <Peyton.Smith@formanwatkins.com>
> **Cc:** Moeller, Armin <amoeller@balch.com>; White, Christy Crockett <cwhite@balch.com>; Boone, Walter <wboone@balch.com>; Khoury, Alex <akhoury@balch.com>; Everman, Patrick <peverman@balch.com>; Taylor, Perry <ptaylor@balch.com>
> **Subject:** Raggio suit - letter
>
> Please see the attached letter. Thanks, and I hope everyone has a good holiday!

1

**Exhibit 7**

Andy Lowry, Partner, Balch & Bingham LLP
188 East Capitol Street • Suite 1400 • Jackson, MS 39201-2133
t: (601) 965-8164   f: (866) 849-8954   e: alowry@balch.com
www.balch.com

CONFIDENTIALITY: This email and any attachments may be confidential and/or privileged and are therefore protected against copying, use, disclosure or distribution. If you are not the intended recipient, please notify us immediately by replying to the sender and double deleting this copy and the reply from your system.

Important Confidentiality And Limited Liability Notice--
This email and any attachments may be confidential and protected by law. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the email or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Please note that any views or opinions expressed in this email are solely those of the author and do not necessarily represent those of Forman Watkins & Krutz LLP. (FWK). The recipient should check this email and any attachments for the presence of viruses. FWK accepts no liability for any damage caused by any virus transmitted by this email. Thank you for your cooperation.

IRS Circular 230 Required Notice--IRS regulations require that we inform you as follows: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended to be used and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter[s].