CLOSED

**Mississippi Electronic Courts**
**Seventh Circuit Court District (Hinds Circuit Court - Jackson)**
**CIVIL DOCKET FOR CASE #: 25CI1:14-cv-00071-EFP**

RAGGIO V MTGOX ET AL
Assigned to: Eleanor Faye Peterson

Date Filed: 03/05/2014
Date Terminated: 01/10/2019
Total Case Age: 1772
Jury Demand: Plaintiff
Nature of Suit: 44 Specific Performance

**Plaintiff**

**DR DONALD RAGGIO**
*also known as*
MELISSA HICKS

represented by **Mitchell H. Tyner, Sr.**
Tyner Law Firm, P.A.
5750 I-55 North
JACKSON, MS 39211
601-957-1113
Fax: 601-957-6554
Email: mtyner@tynerlawfirm.com
*TERMINATED: 08/03/2018*
*ATTORNEY TO BE NOTICED*

**Armin J. Moeller, Jr.**
Balch & Bingham LLP
188 East Capitol Street, Suite 1400
JACKSON, MS 39201
601-965-8156
Email: amoeller@balch.com
*ATTORNEY TO BE NOTICED*

**Christine Crockett White**
Balch & Bingham LLP
188 East Capitol Street
Suite 1400
JACKSON, MS 39201
601-965-8181
Fax: 866-501-9968
Email: cwhite@balch.com
*ATTORNEY TO BE NOTICED*

**Andy Lowry**
Balch & Bingham LLP
Post Office Box 22587
JACKSON, MS 39225
601-965-8164
Fax: 866-849-8954
Email: alowry@balch.com
*ATTORNEY TO BE NOTICED*

**Walter Boone**
Balch & Bingham
188 East Capitol Street, Suite 1400
JACKSON, MS 39201
601-965-8179
Fax: 601-960-8613
Email: wboone@balch.com
*ATTORNEY TO BE NOTICED*

**Jonathan Paul Dyal**
Balch & Bingham LLP
P. O. Box 130
GULFPORT, MS 39502
228-214-0406
Fax: 888-201-9897
Email: jdyal@balch.com
*ATTORNEY TO BE NOTICED*

**Charles Bradford Martin**
Tyner, Goza, Stacey & Martin, LLC

**Exhibit 9**

3352 North Liberty
CANTON, MS 39046
601-401-1111
Fax: 601-957-6554
Email: bmartin@tynerlawfirm.com
*TERMINATED: 08/03/2018*
*ATTORNEY TO BE NOTICED*

**Michael Patrick Everman**
Balch & Bingham, LLP
P.O. Box 22587
JACKSON, MS 39225
601-965-8162
Fax: 866-226-1929
Email: peverman@balch.com
*ATTORNEY TO BE NOTICED*

**Perry Taylor**
Balch & Bingham, LLP
188 East Capitol St.
JACKSON, MS 39201
601-965-8172
Fax: 866-883-6418
Email: ptaylor@balch.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DR CHRIS RAGGIO** represented by **Walter Boone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mitchell H. Tyner, Sr.**
(See above for address)
*TERMINATED: 08/03/2018*
*ATTORNEY TO BE NOTICED*

**Andy Lowry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Armin J. Moeller, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Patrick Everman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan Paul Dyal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles Bradford Martin**
(See above for address)
*TERMINATED: 08/03/2018*
*ATTORNEY TO BE NOTICED*

**Perry Taylor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christine Crockett White**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**MTGOX**
*A SOLE PROPRIETORSHIP* represented by **Ethan Isaac Jacobs**
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MTGOX INC**
*A DELAWARE CORPORATION*

**Defendant**

**MT.GOX KK**
*A JAPANESE CORPORATION*

**Defendant**

**TIBANE KK**
*A JAPANESE CORPORATION*

**Defendant**

**MUTUM SIGILLUM LLC**
*A DELAWARE LIMITED LIABILITY COMPANY*

**Defendant**

**CODE COLLECTIVE LLC**
*A NEW YORK LIMITED LIABILITY COMPANY*

represented by **Edwin S. Gault, Jr.**
Forman Watkins & Krutz LLP
P. O. Box 22608
JACKSON, MS 39225
601-960-8600
Fax: 601-960-8613
Email: Win.Gault@formanwatkins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amanda B. Robinson**
Forman Watkins Krtuz & Tardy LLP
Litigation
P. O. Box 22608
Jackson, MS
JACKSON, MS 39201
601-960-8600
Fax: 601-960-8613
Email: mandie.robinson@formanwatkins.com
*ATTORNEY TO BE NOTICED*

**T. Peyton Smith**
Forman Watkins & Krutz LLP
P.O. Box 22608
JACKSON, MS 39225
601-969-4283
Email: peyton.smith@formanwatkins.com
*ATTORNEY TO BE NOTICED*

**Ethan Isaac Jacobs**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**JED MCCALEB**
*AN INDIVIDUAL*

represented by **Edwin S. Gault, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Isaac Jacobs**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**T. Peyton Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda B. Robinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**MARK KARPELES**
*AN INDIVIDUAL*

**Defendant**

**JOHN DOES 1-5**

**Defendant**

**CORPORATE JOHN DOES 1-5**

**Interested Party**

**Tyner Law Firm, P.A.**
3352 North Liberty Street
Canton, MS 39046
601-401-1111

represented by **Mitchell H. Tyner, Sr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles Bradford Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Objector**

**THE UNIVERSITY OF MISSISSIPPI MEDICAL CENTER**
2500 North State Street
Jackson, MS 39216

represented by **Mark D. Ray**
University of Mississippi Medical Center
Office of General Counsel
2500 North State Street
JACKSON, MS 39216
601-984-1969
Fax: 601-815-5474
Email: mdray@umc.edu
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/05/2014 | 1 | COMPLAINT against CODE COLLECTIVE LLC, CORPORATE JOHN DOES 1-5, JOHN DOES 1-5, MARK KARPELES, JED MCCALEB, MT.GOX KK, MTGOX, MTGOX INC, MUTUM SIGILLUM LLC, TIBANE KK, filed by CHRIS RAGGIO, DONALD RAGGIO. (Attachments: # 1 Civil Cover Sheet) (KW) (Entered: 03/06/2014) |
| 03/06/2014 | 2 | SUMMONS Issued to TIBANE KK. (KW) (Entered: 03/06/2014) |
| 03/06/2014 | 3 | SUMMONS Issued to MT.GOX KK. (KW) (Entered: 03/06/2014) |
| 03/06/2014 | 4 | SUMMONS Issued to MT.GOX KK. (KW) (Entered: 03/06/2014) |
| 03/06/2014 | 5 | SUMMONS Issued to MUTUM SIGILLUM LLC. (KW) (Entered: 03/06/2014) |
| 03/06/2014 | 6 | SUMMONS Issued to CODE COLLECTIVE LLC. (KW) (Entered: 03/06/2014) |
| 03/06/2014 | 7 | SUMMONS Issued to MTGOX INC. (KW) (Entered: 03/06/2014) |
| 03/06/2014 | 8 | SUMMONS Issued to MARK KARPELES. (KW) (Entered: 03/06/2014) |
| 03/06/2014 | 9 | SUMMONS Issued to JED MCCALEB. (KW) (Entered: 03/06/2014) |
| 04/11/2014 | 11 | Summons Reissued (Alias) as to TIBANE KK (KW) (Entered: 04/11/2014) |
| 04/11/2014 | 12 | Summons Reissued (Alias) as to MTGOX (ORGINALLY A SOLE PROPRIETORSHIP) (KW) (Entered: 04/11/2014) |
| 04/11/2014 | 13 | Summons Reissued (Alias) as to MT.GOX KK, MARK KARPALES (KW) (Entered: 04/11/2014) |
| 04/11/2014 | 14 | Summons Reissued (Alias) as to MARK KARPELES (KW) (Entered: 04/11/2014) |
| 06/23/2014 | 15 | Summons Reissued (Alias) as to CODE COLLECTIVE LLC (KW) (Entered: 06/23/2014) |
| 06/23/2014 | 16 | Summons Reissued (Alias) as to JED MCCALEB (KW) (Entered: 06/23/2014) |
| 06/23/2014 | 17 | Summons Reissued (Alias) as to MTGOX (KW) (Entered: 06/23/2014) |
| 07/03/2014 | 18 | MOTION for Extension of Time to Serve Defendant by Plaintiffs CHRIS RAGGIO, DONALD RAGGIO, Defendants CODE COLLECTIVE LLC, CORPORATE JOHN DOES 1-5, JOHN DOES 1-5, MARK KARPELES, JED MCCALEB, MT.GOX KK, MTGOX, MTGOX INC, MUTUM SIGILLUM LLC, TIBANE KK (Tyner, Mitchell) (Entered: 07/03/2014) |
| 07/08/2014 | 19 | ORDER granting 18 Motion for Extension of Time to Serve Defendant. (KW) (Entered: 07/09/2014) |
| 07/15/2014 | 20 | AFFIDAVIT of Service for Summons, Notice of Claim Cover Sheet, Complaint served on Colleen McMahon, Managment Agent- Registered Agent for MTGOX, INC. on 6/25/2014, filed by CHRIS RAGGIO, DONALD RAGGIO. (Tyner, Mitchell) (Entered: 07/15/2014) |
| 07/15/2014 | 21 | AFFIDAVIT of Service for Summons, Notice of Claim Cover Sheet, Complaint served on New York Dept. of State- |

| | | |
|---|---|---|
| | | Registered Agent for Code Collective, LLC on 6/30/2014, filed by CHRIS RAGGIO, DONALD RAGGIO. (Tyner, Mitchell) (Entered: 07/15/2014) |
| 09/02/2014 | 22 | CERTIFICATE OF SERVICE by CHRIS RAGGIO, DONALD RAGGIO *On Jed McCaleb* (Tyner, Mitchell) (Entered: 09/02/2014) |
| 05/09/2016 | 23 | NOTICE of Appearance by Charles Bradford Martin on behalf of CHRIS RAGGIO, DONALD RAGGIO (Martin, Charles) (Entered: 05/09/2016) |
| 06/01/2016 | 24 | NOTICE of Appearance by Edwin S. Gault, Jr on behalf of JED MCCALEB (Gault, Edwin) (Entered: 06/01/2016) |
| 06/13/2016 | 25 | ANSWER to 1 Complaint by CODE COLLECTIVE LLC, JED MCCALEB. (Gault, Edwin) (Entered: 06/13/2016) |
| 06/13/2016 | 26 | NOTICE of Appearance by Amanda B. Robinson on behalf of JED MCCALEB (Robinson, Amanda) (Entered: 06/13/2016) |
| 06/21/2016 | 27 | NOTICE to Take Deposition of Jed McCaleb by CHRIS RAGGIO, DONALD RAGGIO. (Martin, Charles) (Entered: 06/21/2016) |
| 06/22/2016 | 28 | NOTICE to Take Deposition of Jed McCaleb by CHRIS RAGGIO, DONALD RAGGIO. (Martin, Charles) (Entered: 06/22/2016) |
| 06/30/2016 | 29 | MOTION for Summary Judgment *Based On The Statute Of Limitations* by Defendants CODE COLLECTIVE LLC, JED MCCALEB (Attachments: # 1 Exhibit A - Affidavit of Jed McCaleb) (Gault, Edwin) (Entered: 06/30/2016) |
| 06/30/2016 | 30 | MEMORANDUM in Support re 29 MOTION for Summary Judgment *Based On The Statute Of Limitations* by CODE COLLECTIVE LLC, JED MCCALEB. (Gault, Edwin) (Entered: 06/30/2016) |
| 06/30/2016 | 31 | MOTION for Protective Order *of Jed McCaleb, Individually, and Formerly Doing Business as MTGOX, a Sole Proprietorship* by Defendant JED MCCALEB (Gault, Edwin) (Entered: 06/30/2016) |
| 07/06/2016 | 32 | APPLICATION for Admission of Counsel Pro Hac Vice for Ethan Isaac Jacobs by CODE COLLECTIVE LLC, JED MCCALEB. (Attachments: # 1 Exhibit A - Verified Application of Ethan Isaac Jacobs, # 2 Exhibit B - California Certificate of Good Standing, # 3 Exhibit C - New York Certificate of Good Standing) (Gault, Edwin) (Entered: 07/06/2016) |
| 07/11/2016 | 33 | MISCELLANEOUS DOCUMENT: Clerk's Pro Hac Vice Statement for Ethan Isaac Jacobs re 32 Application for Pro Hac Vice, by CODE COLLECTIVE LLC, JED MCCALEB. (Gault, Edwin) (Entered: 07/11/2016) |
| 07/11/2016 | 34 | RESPONSE in Opposition re 31 MOTION for Protective Order *of Jed McCaleb, Individually, and Formerly Doing Business as MTGOX, a Sole Proprietorship* by CHRIS RAGGIO, DONALD RAGGIO. (Attachments: # 1 Exhibit A - June 10, 2016 Letter to EdwinGault, # 2 Exhibit B - Compilation of Emails between Tyner Law Firm and Edwin Gault) (Martin, Charles) (Entered: 07/11/2016) |
| 07/11/2016 | 35 | MOTION Allow Time for Discovery under Rule 56(f) and in Opposition to Defendants Motion for Summary Judgment re 29 MOTION for Summary Judgment *Based On The Statute Of Limitations* by Plaintiffs CHRIS RAGGIO, DONALD RAGGIO (Attachments: # 1 Exhibit A - Affidavit of Chris Raggio, # 2 Exhibit B - Emails Between Chris Raggio and Jeb McCaleb, # 3 Exhibit C - Emails Between Chris Raggio, Jed McCaleb and Mark Karpeles, # 4 Exhibit D - Compilation of Emails between Tyner Law Firm and Ethan Jacobs, # 5 Exhibit E - Affidavit of Mitchell Tyner, # 6 Exhibit May 11, 2016 Letter to Ethan Jacobs, # 7 Exhibit G - June 10, 2016 Letter to Edwin Gault, # 8 Exhibit H - Compilation of Emails between Tyner Law Firm and Edwin Gault, # 9 Exhibit I - Affidavit of Charles Martin, # 10 Exhibit J - July 2, 2014 Brown Rudnick Letter) (Martin, Charles) (Entered: 07/11/2016) |
| 07/11/2016 | 36 | MOTION to Compel *Deposition of Defendnat McCaleb* by Plaintiffs CHRIS RAGGIO, DONALD RAGGIO (Attachments: # 1 Exhibit A - June 10, 2016 Letter to Edwin Gault, # 2 Exhibit B - Compilation of Emails between Tyner Law Firm and Edwin Gault) (Martin, Charles) (Entered: 07/11/2016) |
| 07/15/2016 | 37 | REBUTTAL in re 29 MOTION for Summary Judgment *Based On The Statute Of Limitations*, 30 Memorandum in Support of Motion *for Summary Judgment Based on The Statute of Limitations* by CODE COLLECTIVE LLC, JED MCCALEB. (Attachments: # 1Exhibit A - WW, Inc. v. Belk Order, # 2 Exhibit B - Belenchia v. St. Mary's Catholic School Memorandum Opinion) (Gault, Edwin) (Entered: 07/15/2016) |
| 07/15/2016 | 38 | RESPONSE to re 36 MOTION to Compel *Deposition of Defendnat McCaleb* by JED MCCALEB. (Gault, Edwin) (Entered: 07/15/2016) |
| 07/22/2016 | 39 | REBUTTAL in re 36 MOTION to Compel *Deposition of Defendnat McCaleb* by CHRIS RAGGIO, DONALD RAGGIO. (Martin, Charles) (Entered: 07/22/2016) |
| 07/26/2016 | 40 | ORDER. Signed by JudgeSenior Circuit Judge Tomie Green on 07/25/2016. (LM) (Entered: 07/26/2016) |
| 08/09/2016 | 41 | ORDER granting 36 Plaintiffs' Rule 56(f)Motion for Discovery related to the Statute of Limitation issue ONLY, and 35 ORDER granting Plaintiffs' Motion to Compel the deposition of Defendant Jed McCaleb. Additionally, the Court denies 31 Defendants' Motion for Protective Order precluding discovery until the resolution of Defendant's Motion for Summary Judgment which is based on the Statute of Limitation. The parties shall in good faith schedule and conduct, on or before O ctober 14, 2016, the deposition of Defendant Jed McCalab at an agreed time and place that is convenient for the parties. NO FURTHER WRITTEN ORDER SHALL BE FILED BY THE COURT.. (TTG) (Entered: 08/09/2016) |
| 08/15/2016 | 42 | NOTICE OF SERVICE of Request for Production of Documents Propounded to Dr. Donald Raggio and Dr. Chris Raggio by CODE COLLECTIVE LLC, JED MCCALEB. (Gault, Edwin) (Entered: 08/15/2016) |
| 08/18/2016 | 43 | NOTICE to Take Deposition of Jed McCaleb by CHRIS RAGGIO, DONALD RAGGIO. (Martin, Charles) (Entered: 08/18/2016) |

| | | |
|---|---|---|
| 08/22/2016 | 44 | MOTION for Protective Order by Defendants CODE COLLECTIVE LLC, JED MCCALEB (Gault, Edwin) (Entered: 08/22/2016) |
| 08/26/2016 | 45 | RESPONSE to re 44 MOTION for Protective Order by CHRIS RAGGIO, DONALD RAGGIO. (Attachments: # 1 Exhibit A - Correspondence, # 2 Exhibit B - Notice of Deposition) (Martin, Charles) (Entered: 08/26/2016) |
| 09/01/2016 | 46 | RESPONSE in Opposition re 44 MOTION for Protective Order *Supplemental* by CHRIS RAGGIO, DONALD RAGGIO. (Attachments: # 1 Exhibit A - 2016-09-01 Disrupt Africa Article) (Martin, Charles) (Entered: 09/01/2016) |
| 09/08/2016 | 47 | NOTICE of Hearing re 44 MOTION for Protective Order by CODE COLLECTIVE LLC, JED MCCALEB (Gault, Edwin) (Entered: 09/08/2016) |
| 09/15/2016 | 48 | MOTION for Protective Order by Plaintiffs CHRIS RAGGIO, DONALD RAGGIO (Attachments: # 1 Exhibit A- First Set of RFPS to Raggios, # 2 Exhibit B- Bolithio, # 3 Exhibit C- Rankin) (Martin, Charles) (Entered: 09/15/2016) |
| 09/16/2016 | 49 | NOTICE OF SERVICE of Responses to Request for Production by CHRIS RAGGIO, DONALD RAGGIO. (Martin, Charles) (Entered: 09/16/2016) |
| 09/20/2016 | 50 | RESPONSE to Motion re 48 MOTION for Protective Order by CODE COLLECTIVE LLC, JED MCCALEB. (Gault, Edwin) (Entered: 09/20/2016) |
| 09/27/2016 | 51 | REPLY to Response to Motion re 50 Response to Motion by CHRIS RAGGIO, DONALD RAGGIO. (Martin, Charles) (Entered: 09/27/2016) |
| 10/31/2016 | 52 | NOTICE OF SERVICE of Responses to Request for Production by CHRIS RAGGIO, DONALD RAGGIO. Related document: 42 Notice of Service of Request for Production of Documents filed by JED MCCALEB, CODE COLLECTIVE LLC. (Martin, Charles) (Entered: 10/31/2016) |
| 10/31/2016 | 53 | NOTICE to Take Deposition of Jed McCaleb by CHRIS RAGGIO, DONALD RAGGIO. (Martin, Charles) (Entered: 10/31/2016) |
| 10/31/2016 | 54 | NOTICE to Take Deposition of Code Collective, LLC by CHRIS RAGGIO, DONALD RAGGIO. (Martin, Charles) (Entered: 10/31/2016) |
| 11/02/2016 | 55 | ORDER. Signed by JudgeSenior Circuit Judge Tomie Green on 11/1/16. (KB) (Entered: 11/02/2016) |
| 11/21/2016 | 56 | NOTICE OF SERVICE of Interrogatories Propounded to Jed McCaleb and Code Collective, LLC, NOTICE OF SERVICE of Request for Production of Documents Propounded to Jed McCaleb and Code Collective, LLC by CHRIS RAGGIO, DONALD RAGGIO. (Martin, Charles) (Entered: 11/21/2016) |
| 11/22/2016 | 57 | SUBPOENA ISSUED for Production/Inspection. (KB) (Entered: 11/22/2016) |
| 11/22/2016 | 58 | SUBPOENA ISSUED for Production/Inspection. (KB) (Entered: 11/22/2016) |
| 12/06/2016 | 59 | MOTION to Quash , MOTION for Protective Order by Defendants CODE COLLECTIVE LLC, JED MCCALEB (Gault, Edwin) (Entered: 12/06/2016) |
| 12/09/2016 | 60 | NOTICE OF SERVICE of Request for Production of Documents Propounded to Plaintiffs by CODE COLLECTIVE LLC, JED MCCALEB. (Gault, Edwin) (Entered: 12/09/2016) |
| 12/16/2016 | 61 | RESPONSE to Motion re 59 MOTION to Quash MOTION for Protective Order by CHRIS RAGGIO, DONALD RAGGIO. (Attachments: # 1 Exhibit Deposition Excerpts of Jed McCaleb, # 2 Exhibit Redacted Bank Records of Don Raggio) (Martin, Charles) (Entered: 12/16/2016) |
| 12/19/2016 | 62 | NOTICE OF SERVICE of Interrogatories Propounded to Jed McCaleb and Code Collective by DONALD RAGGIO. (Martin, Charles) (Entered: 12/19/2016) |
| 12/22/2016 | 63 | REBUTTAL in re 59 MOTION to Quash MOTION for Protective Order by CODE COLLECTIVE LLC, JED MCCALEB. (Attachments: # 1 Exhibit A - Bates Stamped Google Letter) (Robinson, Amanda) (Entered: 12/22/2016) |
| 01/09/2017 | 64 | NOTICE OF SERVICE of Responses to Request for Production by CHRIS RAGGIO, DONALD RAGGIO. (Martin, Charles) (Entered: 01/09/2017) |
| 01/18/2017 | 65 | NOTICE OF SERVICE of Responses to Interrogatories by CODE COLLECTIVE LLC, JED MCCALEB. (Gault, Edwin) (Entered: 01/18/2017) |
| 01/24/2017 | 66 | NOTICE OF SERVICE of Responses to Interrogatories, NOTICE OF SERVICE of Responses to Request for Production by CODE COLLECTIVE LLC, JED MCCALEB. (Robinson, Amanda) (Entered: 01/24/2017) |
| 02/27/2017 | 67 | NOTICE of Hearing re 59 MOTION to Quash MOTION for Protective Order, 29 MOTION for Summary Judgment *Based On The Statute Of Limitations*, 30 Memorandum in Support of Motion by CODE COLLECTIVE LLC, JED MCCALEB (Gault, Edwin) (Entered: 02/27/2017) |
| 03/02/2017 | 68 | NOTICE OF SERVICE of Request for Production of Documents Propounded to Jed McCaleb and Code Collective, LLC by CHRIS RAGGIO, DONALD RAGGIO. (Martin, Charles) (Entered: 03/02/2017) |
| 03/03/2017 | 69 | NOTICE OF SERVICE of Request for Admissions Propounded to Jed McCaleb by CHRIS RAGGIO, DONALD RAGGIO. (Martin, Charles) (Entered: 03/03/2017) |
| 03/06/2017 | 70 | NOTICE OF SERVICE of Interrogatories Propounded to Jed McCaleb and Code Collective, LLC by DONALD RAGGIO. (Martin, Charles) (Entered: 03/06/2017) |
| | | |

| | | |
|---|---|---|
| 03/20/2017 | 71 | NOTICE OF SERVICE of Request for Admissions Propounded to Jed McCaleb by CHRIS RAGGIO, DONALD RAGGIO. (Martin, Charles) (Entered: 03/20/2017) |
| 03/29/2017 | 72 | NOTICE OF SERVICE of Responses to Request for Production by JED MCCALEB. (Robinson, Amanda) (Entered: 03/29/2017) |
| 04/03/2017 | 73 | NOTICE OF SERVICE of Responses to Request for Admissions by JED MCCALEB. (Robinson, Amanda) (Entered: 04/03/2017) |
| 04/03/2017 | 74 | NOTICE OF SERVICE of Responses to Request for Admissions by JED MCCALEB. (Robinson, Amanda) (Entered: 04/03/2017) |
| 04/03/2017 | 75 | NOTICE OF SERVICE of Responses to Request for Production by JED MCCALEB. (Robinson, Amanda) (Entered: 04/03/2017) |
| 04/03/2017 | 76 | NOTICE OF SERVICE of Responses to Interrogatories by JED MCCALEB. (Robinson, Amanda) (Entered: 04/03/2017) |
| 04/07/2017 | 77 | RESPONSE in Opposition re 29 MOTION for Summary Judgment *Based On The Statute Of Limitations* by CHRIS RAGGIO, DONALD RAGGIO. (Attachments: # 1 Exhibit Exhibit A - Affidavit of Chris Raggio, # 2 Exhibit Exhibit B - Dec 20, 2011-Dec 26, 2011 Emails, # 3 Exhibit Exhibit C - Depo of Jed McCaleb, # 4 Exhibit Exhibit D - Agreement and Plan of Acquisition, # 5 Exhibit Exhibit E - Aug 23, 2011-Nov 28, 2011 Emails, # 6 Exhibit Exhibit F -Dec 21, 2011-Aug 21, 2012 Emails, # 7 Exhibit Exhibit G - May 22, 2012 Email, # 8 Exhibit Exhibit H - Feb 14, 2011 Email between MK and JM, # 9 Exhibit Exhibit I - Feb 10, 2011- Dec 24, 2011 Emails, # 10 Exhibit Exhibit J - Feb 26, 2011-Dec 20, 2011 Emails, # 11 Exhibit Exhibit K - Disavowal Letter Japanese, # 12 Exhibit Exhibit L - Complaint, # 13 Exhibit Exhibit M - BTC Law Blog Article) (Martin, Charles) (Attachment 7 replaced on 4/13/2017) (LC). (Entered: 04/07/2017) |
| 04/25/2017 | 78 | NOTICE OF SERVICE of Interrogatories Propounded to Plaintiffs by JED MCCALEB. (Robinson, Amanda) (Entered: 04/25/2017) |
| 04/25/2017 | 79 | NOTICE OF SERVICE of Request for Production of Documents Propounded to Plaintiffs by JED MCCALEB. (Robinson, Amanda) (Entered: 04/25/2017) |
| 04/26/2017 | 80 | MOTION to Compel by Plaintiffs CHRIS RAGGIO, DONALD RAGGIO (Attachments: # 1 Exhibit 1- Plaintiffs' First Set of RFPs to Defendants, # 2 Exhibit 2- Defendants' Responses to RFPs, # 3 Exhibit 3 - Good Faith Letter, # 4 Exhibit 4 - Response to GFL, # 5 Exhibit 5 - Good Faith Certificate) (Martin, Charles) (Entered: 04/26/2017) |
| 04/26/2017 | 81 | MEMORANDUM in Support re 80 MOTION to Compel by CHRIS RAGGIO, DONALD RAGGIO. (Martin, Charles) (Entered: 04/26/2017) |
| 04/26/2017 | 82 | SUBPOENA ISSUED for Production/Inspection TO DR DONALD RAGGIO. (FR). (Entered: 04/26/2017) |
| 04/26/2017 | 83 | SUBPOENA ISSUED for Production/Inspection TO BANCORPSOUTH (FR). (Entered: 04/26/2017) |
| 04/26/2017 | 84 | SUBPOENA ISSUED for Production/Inspection TO DR CHRIS RAGGIO (FR). (Entered: 04/26/2017) |
| 05/01/2017 | 85 | MOTION to Quash by Plaintiffs CHRIS RAGGIO, DONALD RAGGIO (Attachments: # 1 Exhibit A - UMMC - Don Raggio Subpoena, # 2 Exhibit B - BancorpSouth Subpoena, # 3 Exhibit C - UMMC - Chris Raggio Subpoena) (Martin, Charles) (Entered: 05/01/2017) |
| 05/01/2017 | 86 | MEMORANDUM in Support re 85 MOTION to Quash by CHRIS RAGGIO, DONALD RAGGIO. (Martin, Charles) (Entered: 05/01/2017) |
| 05/02/2017 | 87 | SUBPOENA RETURNED Executed re 84 Subpoena Issued filed by JED MCCALEB. The served subpoena is directed to Christopher "Chris" Raggio. (Robinson, Amanda) (Entered: 05/02/2017) |
| 05/02/2017 | 88 | SUBPOENA RETURNED Executed re 82 Subpoena Issued filed by JED MCCALEB. The served subpoena is directed to Donald Raggio. (Robinson, Amanda) (Entered: 05/02/2017) |
| 05/02/2017 | 89 | NOTICE OF SERVICE of Interrogatories Propounded to Jed McCaleb and Code Collective, LLC by DONALD RAGGIO. (Martin, Charles) (Entered: 05/02/2017) |
| 05/02/2017 | 90 | NOTICE OF SERVICE of Request for Production of Documents Propounded to Jed McCaleb and Code Collective, LLC by CHRIS RAGGIO, DONALD RAGGIO. (Martin, Charles) (Entered: 05/02/2017) |
| 05/03/2017 | 91 | ORDER REGARDING DEFENDANTS' MOTION TO QUASH AND FOR PROTECTIVE ORDER. Signed by JudgeSenior Circuit Judge Tomie Green on 5/2/17. (KB) (Entered: 05/04/2017) |
| 05/05/2017 | 92 | NOTICE OF SERVICE of Interrogatories Propounded to Plaintiffs by JED MCCALEB. (Robinson, Amanda) (Entered: 05/05/2017) |
| 05/05/2017 | 93 | NOTICE OF SERVICE of Request for Production of Documents Propounded to Plaintiffs by JED MCCALEB. (Robinson, Amanda) (Entered: 05/05/2017) |
| 05/08/2017 | 94 | RESPONSE to re 80 MOTION to Compel by JED MCCALEB. FILED BY MANDY ROBINSON Modified on 5/8/2017 (KP). (Entered: 05/08/2017) |
| 05/08/2017 | 95 | MOTION for Protective Order *FROM DISCOVERY OF FINANCIAL INFORMATION* by Defendant JED MCCALEB (Robinson, Amanda) (Entered: 05/08/2017) |
| 05/11/2017 | 96 | RESPONSE to *Plaintiff's Motion to Quash and for Protective Order* by JED MCCALEB. (Attachments: # 1 Exhibit A - Emails, # 2 Exhibit B - C. Raggio Business Information, # 3 Exhibit C - UMMC Subpoenas) (Robinson, Amanda) (Attachment 1replaced on 5/11/2017) (LC). (Entered: 05/11/2017) |

| | | |
|---|---|---|
| 05/12/2017 | 97 | MOTION to Compel *Testimony* by Plaintiffs CHRIS RAGGIO, DONALD RAGGIO (Attachments: # 1 Exhibit Exhibit A - Deposition Excerpt of Jed McCaleb) (Martin, Charles) (Entered: 05/12/2017) |
| 05/12/2017 | 98 | NOTICE OF SERVICE of Request for Admissions Propounded to Plaintiffs by JED MCCALEB. (Robinson, Amanda) (Entered: 05/12/2017) |
| 05/12/2017 | 99 | NOTICE OF SERVICE of Request for Production of Documents Propounded to Plaintiffs by JED MCCALEB. (Robinson, Amanda) (Entered: 05/12/2017) |
| 05/12/2017 | 100 | NOTICE OF SERVICE of Interrogatories Propounded to Plaintiffs by JED MCCALEB. (Robinson, Amanda) (Entered: 05/12/2017) |
| 05/15/2017 | 101 | RESPONSE in Support re 80 MOTION to Compel by CHRIS RAGGIO, DONALD RAGGIO. (Attachments: # 1 Exhibit A - Jan 28, 2011 Email, # 2 Exhibit B - Feb 5, 2011 Email, # 3 Exhibit C - April 28, 2011 Email, # 4 Exhibit D - Daily Beast Article) (Martin, Charles) (Entered: 05/15/2017) |
| 05/18/2017 | 102 | RESPONSE in Opposition re 95 MOTION for Protective Order *FROM DISCOVERY OF FINANCIAL INFORMATION* by CHRIS RAGGIO, DONALD RAGGIO. (Martin, Charles) (Entered: 05/18/2017) |
| 05/18/2017 | 103 | REPLY to Response to Motion re 96 Response, by CHRIS RAGGIO, DONALD RAGGIO. (Attachments: # 1 Exhibit A - McCaleb Depo Excerpt, # 2 Exhibit B - Feb 12, 2011 email, # 3 Exhibit C - Jan 9-Feb 10, 2011 email Chain, # 4 Exhibit D - Dec 21-Dec 24, 2010 email chain, # 5 Exhibit E -Google VoiceRecords) (Martin, Charles) (Entered: 05/18/2017) |
| 05/22/2017 | 104 | RESPONSE to *Motion to Reopen Deposition and Compel Testimony* by JED MCCALEB. (Robinson, Amanda) (Entered: 05/22/2017) |
| 05/30/2017 | 105 | REPLY to Response to Motion re 104 Response by CHRIS RAGGIO, DONALD RAGGIO. (Attachments: # 1 Exhibit A - Jan 28, 2011 email, # 2 Exhibit B - Jan 22, 2011 email, # 3 Exhibit C - April 28, 2011 email) (Martin, Charles) (Entered: 05/30/2017) |
| 05/31/2017 | 106 | SUBPOENA RETURNED Executed re 83 Subpoena Issued filed by JED MCCALEB. The served subpoena is directed to Charles J. Pignuolo-BancorpSouth. (Robinson, Amanda) (Entered: 05/31/2017) |
| 06/01/2017 | 107 | NOTICE OF SERVICE of Responses to Request for Production by JED MCCALEB. (Robinson, Amanda) (Entered: 06/01/2017) |
| 06/01/2017 | 108 | NOTICE OF SERVICE of Responses to Interrogatories by JED MCCALEB. (Robinson, Amanda) (Entered: 06/01/2017) |
| 06/05/2017 | 109 | NOTICE OF SERVICE of Request for Admissions Propounded to Jed McCaleb by CHRIS RAGGIO, DONALD RAGGIO. (Martin, Charles) (Entered: 06/05/2017) |
| 06/12/2017 | 110 | NOTICE OF SERVICE of Responses to Request for Admissions by CHRIS RAGGIO. (Martin, Charles) (Entered: 06/12/2017) |
| 06/12/2017 | 111 | NOTICE OF SERVICE of Responses to Request for Admissions by DONALD RAGGIO. (Martin, Charles) (Entered: 06/12/2017) |
| 06/12/2017 | 112 | NOTICE OF SERVICE of Responses to Interrogatories by CHRIS RAGGIO. (Martin, Charles) (Entered: 06/12/2017) |
| 06/12/2017 | 113 | NOTICE OF SERVICE of Responses to Interrogatories by DONALD RAGGIO. (Martin, Charles) (Entered: 06/12/2017) |
| 06/12/2017 | 114 | NOTICE OF SERVICE of Responses to Request for Production by CHRIS RAGGIO. (Martin, Charles) (Entered: 06/12/2017) |
| 06/12/2017 | 115 | NOTICE OF SERVICE of Responses to Request for Production by DONALD RAGGIO. (Martin, Charles) (Entered: 06/12/2017) |
| 06/14/2017 | 116 | NOTICE OF SERVICE of Responses to Interrogatories by CHRIS RAGGIO. (Martin, Charles) (Entered: 06/14/2017) |
| 06/14/2017 | 117 | NOTICE OF SERVICE of Responses to Interrogatories by DONALD RAGGIO. (Martin, Charles) (Entered: 06/14/2017) |
| 06/14/2017 | 118 | NOTICE OF SERVICE of Responses to Request for Production by CHRIS RAGGIO, DONALD RAGGIO. (Martin, Charles) (Entered: 06/14/2017) |
| 06/14/2017 | 119 | NOTICE OF SERVICE of Responses to Interrogatories by CHRIS RAGGIO. (Martin, Charles) (Entered: 06/14/2017) |
| 06/14/2017 | 120 | NOTICE OF SERVICE of Responses to Interrogatories by DONALD RAGGIO. (Martin, Charles) (Entered: 06/14/2017) |
| 06/14/2017 | 121 | NOTICE OF SERVICE of Responses to Request for Production by CHRIS RAGGIO, DONALD RAGGIO. (Martin, Charles) (Entered: 06/14/2017) |
| 07/05/2017 | 122 | NOTICE OF SERVICE of Responses to Request for Admissions by JED MCCALEB. (Robinson, Amanda) (Entered: 07/05/2017) |
| 07/06/2017 | 123 | NOTICE OF SERVICE of Request for Admissions Propounded to Jed McCaleb by CHRIS RAGGIO, DONALD RAGGIO. (Martin, Charles) (Entered: 07/06/2017) |
| 07/06/2017 | 124 | NOTICE OF SERVICE of Responses to Request for Production by CHRIS RAGGIO, DONALD RAGGIO. (Martin, Charles) (Entered: 07/06/2017) |
| 07/06/2017 | 125 | NOTICE OF SERVICE of Responses to Request for Production by CHRIS RAGGIO, DONALD RAGGIO. (Martin, Charles) (Entered: 07/06/2017) |

| | | |
|---|---|---|
| 07/06/2017 | 126 | NOTICE OF SERVICE of Responses to Request for Production by CHRIS RAGGIO, DONALD RAGGIO. (Martin, Charles) (Entered: 07/06/2017) |
| 07/12/2017 | 127 | MOTION for Sanctions by Plaintiffs CHRIS RAGGIO, DONALD RAGGIO (Attachments: # 1 Exhibit A - Good Faith Letter, # 2 Exhibit B - Defendants' First Supp to RFPs, # 3 Exhibit C- Email Compilation,) (Martin, Charles) (Entered: 07/12/2017) |
| 07/13/2017 | 128 | NOTICE OF SERVICE of Responses to Request for Admissions by JED MCCALEB. Related document: 123 Notice of Service of Request for Admissions filed by DONALD RAGGIO, CHRIS RAGGIO. (Robinson, Amanda) (Entered: 07/13/2017) |
| 07/13/2017 | 129 | MOTION for Protective Order by Defendant JED MCCALEB (Attachments: # 1 Exhibit A - Plaintiff's 4th Set of RFAs to Jed McCaleb,) (Robinson, Amanda) (Entered: 07/13/2017) |
| 07/14/2017 | 130 | NOTICE OF SERVICE of Request for Admissions Propounded to Jed McCaleb by CHRIS RAGGIO, DONALD RAGGIO. (Martin, Charles) (Entered: 07/14/2017) |
| 07/14/2017 | 131 | RESPONSE in Opposition re 129 MOTION for Protective Order by CHRIS RAGGIO, DONALD RAGGIO. (Attachments: # 1 Exhibit A - Ps' Fourth Set of RFAs to JM,) (Martin, Charles) (Entered: 07/14/2017) |
| 07/17/2017 | 132 | MOTION for Leave to File *Supplemental Response* by Plaintiffs CHRIS RAGGIO, DONALD RAGGIO (Attachments: # 1 Exhibit A - Email Compilation,) (Martin, Charles) (Entered: 07/17/2017) |
| 07/17/2017 | 133 | NOTICE OF SERVICE of Interrogatories Propounded to Plaintiffs by CODE COLLECTIVE LLC, JED MCCALEB. (Robinson, Amanda) (Entered: 07/17/2017) |
| 07/17/2017 | 134 | MOTION to Compel *Plaintiffs' Discovery Repsonses* by Defendant JED MCCALEB (Attachments: # 1 Exhibit Exhibit A - Defendants First Set of Interrogatories, # 2 Exhibit Exhibit B -Chris Raggios Responses to the First Set of Int, # 3 Exhibit Exhibit C - Defendants Second Set of Interrogatories, # 4 Exhibit Exhibit D - Chris and Donald Raggios Responses to Defendan, # 5 Exhibit Exhibit E - Defendants Third Requests for Production, # 6 Exhibit Exhibit F - Chris Raggios Responses to Defendants Third R, # 7 Exhibit Exhibit G - Defendants Third Set of Interrogatories, # 8 Exhibit Exhibit H - Chris Raggios Responses to Defendants Third S, # 9 Exhibit Exhibit I - Defendants Good Faith Letter of June 19, 2017, # 10 ExhibitExhibit J - Plaintiffs Response to the Good Faith Letter, # 11 Exhibit Exhibit K - Good Faith Certificate,) (Robinson, Amanda) (Entered: 07/17/2017) |
| 07/18/2017 | 135 | MOTION for Extension of Time to File Response/Reply as to 127 MOTION for Sanctions by Defendant JED MCCALEB (Robinson, Amanda) (Entered: 07/18/2017) |
| 07/19/2017 | 136 | AGREED ORDER GRANTING DEFENDANTS' UNOPOSED MOTION FOR EXTENSION OF TIME TO FILE THEIR RESPONSE TO MOTION FOR SANCTIONS granting 135 Motion for Extension of Time to File Response/Reply. (KB) (Entered: 07/20/2017) |
| 07/24/2017 | 137 | RESPONSE in Opposition re 134 MOTION to Compel *Plaintiffs' Discovery Repsonses* by CHRIS RAGGIO, DONALD RAGGIO. (Attachments: # 1 Exhibit A - Depo Excerpt of Jed McCaleb, # 2 Exhibit B - Feb 12, 2011 Email, # 3 Exhibit C - Feb 10,2011 Email,) (Martin, Charles) (Entered: 07/24/2017) |
| 07/24/2017 | 138 | MOTION for Protective Order by Plaintiffs CHRIS RAGGIO, DONALD RAGGIO (Attachments: # 1 Exhibit A- Depo Excerpt of Jed McCaleb, # 2 Exhibit B - Feb 12, 2011 Email, # 3 Exhibit C - Feb 10, 2011 Email,) (Martin, Charles) (Entered: 07/24/2017) |
| 07/26/2017 | 139 | LETTER ROGATORY. Signed by Senior Circuit Judge Tomie Green on 7/25/17. (KB) (Entered: 07/27/2017) |
| 07/26/2017 | 140 | LETTER ROGATORY. Signed by Senior Circuit Judge Tomie Green on 7/25/17. (KB) (Entered: 07/27/2017) |
| 07/26/2017 | 141 | ORDER OF LETTERS ROGATORY. Signed by Senior Circuit Judge Tomie Green on 7/25/17. (KB) (Entered: 07/27/2017) |
| 07/26/2017 | 142 | ORDER OF LETTERS ROGATORY. Signed by Senior Circuit Judge Tomie Green on 7/25/17. (KB) (Entered: 07/27/2017) |
| 07/27/2017 | 143 | RESPONSE to Motion re 132 MOTION for Leave to File *Supplemental Response* by JED MCCALEB. (Robinson, Amanda) (Entered: 07/27/2017) |
| 08/01/2017 | 144 | REPLY to Response to Motion re 143 Response to Motion *for Leave* by CHRIS RAGGIO, DONALD RAGGIO. (Attachments: # 1 Exhibit A- December 27, 2011 Email, # 2 Exhibit B - Twitter Screenshot,) (Martin, Charles) (Entered: 08/01/2017) |
| 08/03/2017 | 145 | RESPONSE to re 138 MOTION for Protective Order by JED MCCALEB. (Robinson, Amanda) (Entered: 08/03/2017) |
| 08/03/2017 | 146 | NOTICE OF SERVICE of Request for Production of Documents Propounded to Donald Raggio and Chris Raggio by JED MCCALEB. (Robinson, Amanda) (Entered: 08/03/2017) |
| 08/03/2017 | 147 | NOTICE OF SERVICE of Request for Admissions Propounded to Plaintiffs, Donald Raggio and Chris Raggio by JED MCCALEB. (Robinson, Amanda) (Entered: 08/03/2017) |
| 08/08/2017 | 148 | RESPONSE in Opposition re 127 MOTION for Sanctions by CODE COLLECTIVE LLC, JED MCCALEB. (Attachments: # 1 Exhibit 1 - Affidavit of Jed McCaleb, # 2 Exhibit 2 - Plaintiffs' 6/7/17 letter to the Court,) (Gault, Edwin) (Entered: 08/08/2017) |
| 08/10/2017 | 149 | REPLY to Response to Motion re 145 Response by CHRIS RAGGIO, DONALD RAGGIO. (Martin, Charles) (Entered: 08/10/2017) |
| 08/14/2017 | 150 | NOTICE OF SERVICE of Responses to Request for Admissions by JED MCCALEB. Related document: 130 Notice of Service of Request for Admissions filed by DONALD RAGGIO, CHRIS RAGGIO. (Robinson, Amanda) (Entered: |

| | | |
|---|---|---|
| | | 08/14/2017) |
| 08/15/2017 | 151 | REPLY to Response to Motion re 148 Response in Opposition to Motion *for Sanctions* by CHRIS RAGGIO, DONALD RAGGIO. (Attachments: # 1 Exhibit A- Daily Beast Article, # 2 Exhibit B- April 2011 Emails, # 3 Exhibit C - Mark Tibanne Email Screenshots, # 4 Exhibit D - Dec 21, 2011 Email, # 5 Exhibit E - Responses to Fourth Set of RFAS, # 6 Exhibit F - Responses to Fifth Set of RFAS,) (Martin, Charles) (Entered: 08/15/2017) |
| 08/15/2017 | 152 | MOTION FOR STATUS CONFERENCE by Defendant JED MCCALEB (Robinson, Amanda) (Entered: 08/15/2017) |
| 08/16/2017 | 153 | NOTICE OF SERVICE of Responses to Interrogatories by CHRIS RAGGIO, DONALD RAGGIO. (Martin, Charles) (Entered: 08/16/2017) |
| 08/22/2017 | 154 | NOTICE OF SERVICE of Responses to Request for Production by CHRIS RAGGIO, DONALD RAGGIO. (Martin, Charles) (Entered: 08/22/2017) |
| 08/22/2017 | 155 | NOTICE OF SERVICE of Responses to Request for Production by CHRIS RAGGIO, DONALD RAGGIO. (Martin, Charles) (Entered: 08/22/2017) |
| 08/30/2017 | 156 | NOTICE OF SERVICE of Responses to Request for Admissions by CHRIS RAGGIO, DONALD RAGGIO. (Martin, Charles) (Entered: 08/30/2017) |
| 08/30/2017 | 157 | NOTICE OF SERVICE of Responses to Request for Production by CHRIS RAGGIO, DONALD RAGGIO. (Martin, Charles) (Entered: 08/30/2017) |
| 09/07/2017 | 158 | NOTICE OF SERVICE of Request for Admissions Propounded to Jed McCaleb by CHRIS RAGGIO, DONALD RAGGIO. (Martin, Charles) (Entered: 09/07/2017) |
| 09/07/2017 | 159 | AFFIDAVIT of Service for Letters Rogatory served on JPMorgan on 08/07/2017, filed by CHRIS RAGGIO, DONALD RAGGIO. (Martin, Charles) (Entered: 09/07/2017) |
| 09/19/2017 | 160 | MOTION for Leave to File *Sur-Reply* by Defendant JED MCCALEB (Attachments: # 1 Exhibit A - Defendants Responses to Plaintiffs 1st RPD, # 2 Exhibit B- Email McCaleb 000330, # 3 Exhibit C - Email McCaleb 000145, # 4 Exhibit D - Defendants1st Supp Rsp to Plaintiffs 1st RPD, # 5 Exhibit E - Affidavit of Mandie Robinson, # 6 Exhibit F - 9.18.17 Letter to Judge Green,) (Robinson, Amanda) (Entered: 09/19/2017) |
| 09/19/2017 | 161 | NOTICE OF SERVICE of Responses to Request for Production by JED MCCALEB. Related document: 56 Notice of Service of Interrogatories, Notice of Service of Request for Production of Documents filed by DONALD RAGGIO, CHRIS RAGGIO. (Robinson, Amanda) (Entered: 09/19/2017) |
| 09/25/2017 | 162 | NOTICE OF SERVICE of Responses to Request for Admissions by JED MCCALEB. Related document: 158 Notice of Service of Request for Admissions filed by DONALD RAGGIO, CHRIS RAGGIO. (Robinson, Amanda) (Entered: 09/25/2017) |
| 09/26/2017 | 163 | NOTICE OF SERVICE of Request for Production of Documents Propounded to PLAINTIFFS by JED MCCALEB. (Robinson, Amanda) (Entered: 09/26/2017) |
| 09/27/2017 | 164 | NOTICE OF SERVICE of Request for Admissions Propounded to Jed McCaleb by CHRIS RAGGIO, DONALD RAGGIO. (Martin, Charles) (Entered: 09/27/2017) |
| 09/28/2017 | 165 | RESPONSE in Opposition re 160 MOTION for Leave to File *Sur-Reply* by CHRIS RAGGIO, DONALD RAGGIO. (Attachments: # 1 Exhibit A- File Attributes, # 2 Exhibit B - Email Compilation,) (Martin, Charles) (Entered: 09/28/2017) |
| 10/10/2017 | 166 | NOTICE OF SERVICE of Responses to Request for Production by CHRIS RAGGIO, DONALD RAGGIO. (Martin, Charles) (Entered: 10/10/2017) |
| 10/10/2017 | 167 | NOTICE OF SERVICE of Responses to Request for Production by CHRIS RAGGIO, DONALD RAGGIO. (Martin, Charles) (Entered: 10/10/2017) |
| 10/10/2017 | 168 | NOTICE OF SERVICE of Responses to Request for Production by CHRIS RAGGIO, DONALD RAGGIO. (Martin, Charles) (Entered: 10/10/2017) |
| 10/10/2017 | 169 | NOTICE OF SERVICE of Responses to Request for Production by CHRIS RAGGIO, DONALD RAGGIO. (Martin, Charles) (Entered: 10/10/2017) |
| 10/11/2017 | 170 | NOTICE OF SERVICE of Responses to Request for Production by JED MCCALEB. Related document: 56 Notice of Service of Interrogatories, Notice of Service of Request for Production of Documents filed by DONALD RAGGIO, CHRIS RAGGIO. (Robinson, Amanda) (Entered: 10/11/2017) |
| 10/16/2017 | 171 | AFFIDAVIT *of Service for Letters Rogatory served on Google* by CHRIS RAGGIO, DONALD RAGGIO. (Martin, Charles) (Entered: 10/16/2017) |
| 10/16/2017 | 172 | NOTICE OF SERVICE of Responses to Request for Production by CHRIS RAGGIO, DONALD RAGGIO. (Martin, Charles) (Entered: 10/16/2017) |
| 10/17/2017 | 173 | NOTICE OF SERVICE of Responses to Interrogatories by CHRIS RAGGIO, DONALD RAGGIO. (Martin, Charles) (Entered: 10/17/2017) |
| 10/17/2017 | 174 | NOTICE OF SERVICE of Responses to Request for Production by CHRIS RAGGIO, DONALD RAGGIO. (Martin, Charles) (Entered: 10/17/2017) |
| 10/17/2017 | 175 | NOTICE OF SERVICE of Responses to Request for Production by CHRIS RAGGIO, DONALD RAGGIO. (Martin, Charles) (Entered: 10/17/2017) |

| | | |
|---|---|---|
| 10/17/2017 | 176 | NOTICE OF SERVICE of Responses to Request for Production by CHRIS RAGGIO, DONALD RAGGIO. (Martin, Charles) (Entered: 10/17/2017) |
| 10/24/2017 | 177 | NOTICE OF SERVICE of Request for Admissions Propounded to Jed McCaleb by CHRIS RAGGIO, DONALD RAGGIO. (Martin, Charles) (Entered: 10/24/2017) |
| 10/24/2017 | 178 | NOTICE OF SERVICE of Responses to Request for Admissions by JED MCCALEB. Related document: 164 Notice of Service of Request for Admissions filed by DONALD RAGGIO, CHRIS RAGGIO. (Robinson, Amanda) (Entered: 10/24/2017) |
| 11/16/2017 | 179 | AGREED ORDER REGARDING PRODUCTION OF DOCUMENTS. Signed by Senior Circuit Judge Tomie Green on 11/16/17. (KB) (Entered: 11/16/2017) |
| 11/16/2017 | 180 | NOTICE of Hearing re 152 MOTION FOR STATUS CONFERENCE by CODE COLLECTIVE LLC, JED MCCALEB (Gault, Edwin) (Entered: 11/16/2017) |
| 11/17/2017 | 181 | ORDER denying 29 Motion for Summary Judgment. (KB) (Entered: 11/17/2017) |
| 11/20/2017 | 182 | NOTICE OF SERVICE of Responses to Request for Admissions by JED MCCALEB. Related document: 177 Notice of Service of Request for Admissions filed by DONALD RAGGIO, CHRIS RAGGIO. (Robinson, Amanda) (Entered: 11/20/2017) |
| 11/30/2017 | 183 | NOTICE OF SERVICE of Responses to Request for Admissions by CHRIS RAGGIO, DONALD RAGGIO. (Martin, Charles) (Entered: 11/30/2017) |
| 12/11/2017 | 184 | MOTION to Stay *Pending Disposition of Appeal* by Defendants CODE COLLECTIVE LLC, JED MCCALEB (Gault, Edwin) (Entered: 12/11/2017) |
| 12/12/2017 | 185 | NOTICE by CHRIS RAGGIO, DONALD RAGGIO (Attachments: # 1 Exhibit A - Skype Log,) (Martin, Charles) (Entered: 12/12/2017) |
| 12/13/2017 | 186 | RESPONSE in Opposition re 184 MOTION to Stay *Pending Disposition of Appeal* by CHRIS RAGGIO, DONALD RAGGIO. (Martin, Charles) (Entered: 12/13/2017) |
| 12/13/2017 | 187 | ORDER granting 184 Defendants Motion to Stay pending ruling by MS Supreme Court on Defendants' Motion for Interlocutory Appeal, except that any outstanding discovery under the rules of civil procedure (to include deposition, interrogatory responses, request for production, request for admissions, etc due shall be completed in accordance with the rules of civil procedure. All outstanding motions and the December 19, 2017 status conference is hereby STAYED. Additionally, any deadlines imposed or ordered by the Court before today December 13, 2017 shall be complied with by the parties and are NOT stayed. [The Court notes that the STAY is opposed by Plaintiffs].NO FURTHER WRITTEN ORDER SHALL BE FILED BY THE COURT.. (TTG) (Entered: 12/13/2017) |
| 12/19/2017 | 188 | ORDER of MS Supreme Court (RH) (Entered: 12/19/2017) |
| 01/02/2018 | 189 | NOTICE OF SERVICE of Responses to Request for Admissions by CODE COLLECTIVE LLC, JED MCCALEB. Related document: 183 Notice of Service of Responses to Request for Admissions filed by DONALD RAGGIO, CHRIS RAGGIO. (Robinson, Amanda) (Entered: 01/02/2018) |
| 01/18/2018 | 190 | MOTION for Reconsideration re 91 Order by Defendant JED MCCALEB (Attachments: # 1 Exhibit Affidavit and Estimate,) (Robinson, Amanda) (Entered: 01/18/2018) |
| 01/29/2018 | 191 | RESPONSE in Opposition re 190 MOTION for Reconsideration re 91 Order by CHRIS RAGGIO, DONALD RAGGIO. (Martin, Charles) (Entered: 01/29/2018) |
| 04/24/2018 | 192 | ORDER OF RECUSAL. Tomie Green recused. Case reassigned to Joseph A. Sclafani for all further proceedings. Signed by Senior Circuit Judge Tomie Green on 4/23/18. (KB) (Entered: 04/24/2018) |
| 04/24/2018 | 193 | NOTICE of Appearance by T. Peyton Smith on behalf of CODE COLLECTIVE LLC, JED MCCALEB (Smith, T.) (Entered: 04/24/2018) |
| 04/26/2018 | 194 | ORDER of MS Supreme Court PETITION FOR PERMISSION TO APPEAL INTERLOCUTORY ORDER FILE BY PETITIONERS IS DENIED. (RH) (Entered: 04/26/2018) |
| 06/05/2018 | 195 | ORDER denying 80 Motion to Compel; granting in part and denying in part 85 Motion to Quash; denying 97 Motion to Compel; denying 127 Motion for Sanctions; granting 129 Motion for Protective Order; granting in part and denying in part 134 Motion to Compel; granting in part and denying in part 138 Motion for Protective Order; granting 160 Motion for Leave to File; granting in part and denying in part 190 Motion for Reconsideration. (CW) (Entered: 06/05/2018) |
| 06/05/2018 | 196 | SCHEDULING ORDER AND TRIAL SETTING. Signed by Joseph A. Sclafani on 6/5/18. (MG) (Entered: 06/05/2018) |
| 06/12/2018 | 197 | SUBPOENA ISSUED DR CHRISTOPHER "CHRIS" RAGGIO for Production/Inspection. (FR). (Entered: 06/12/2018) |
| 06/12/2018 | 198 | SUBPOENA ISSUED TO DR DONALD RAGGIO for Production/Inspection. (FR) (Entered: 06/12/2018) |
| 06/14/2018 | 199 | SUBPOENA ISSUED for Production/Inspection. TO UNIVERSITY OF MS MEDICAL CENTER (MG) (Entered: 06/14/2018) |
| 06/14/2018 | 200 | SUBPOENA ISSUED for Production/Inspection. TO UNIVERSITY OF MS MEDICAL CENTER (MG) (Entered: 06/14/2018) |
| 06/15/2018 | 201 | SUBPOENA RETURNED Executed re ** 199 SUBPOENA ISSUED for Production/Inspection. TO UNIVERSITY OF MS |

| | | |
|---|---|---|
| | | MEDICAL CENTER (MG)**. Return filed by CODE COLLECTIVE LLC, JED MCCALEB. Subpoena served on 6/15/2018. (Robinson, Amanda) (Entered: 06/15/2018) |
| 06/15/2018 | 202 | SUBPOENA RETURNED Executed re ** 200 SUBPOENA ISSUED for Production/Inspection. TO UNIVERSITY OF MS MEDICAL CENTER (MG)**. Return filed by CODE COLLECTIVE LLC, JED MCCALEB. Subpoena served on 6/15/2018. (Robinson, Amanda) (Entered: 06/15/2018) |
| 06/21/2018 | 203 | NOTICE OF SERVICE of Responses to Request for Production by CODE COLLECTIVE LLC, JED MCCALEB. (Robinson, Amanda) (Entered: 06/21/2018) |
| 06/22/2018 | 204 | MOTION to Quash *Subpoenas and For Protective Order* by Objector THE UNIVERSITY OF MISSISSIPPI MEDICAL CENTER (Attachments: # 1 Exhibit A - Subpoena to Dr. Chris Raggio, # 2 Exhibit B- Subpoena to Dr. Don Raggio,) (Ray, Mark) (Entered: 06/22/2018) |
| 06/25/2018 | 205 | NOTICE OF SERVICE of Responses to Request for Production by CHRIS RAGGIO, DONALD RAGGIO. (Martin, Charles) (Entered: 06/25/2018) |
| 06/25/2018 | 206 | NOTICE OF SERVICE of Responses to Interrogatories by CHRIS RAGGIO. (Martin, Charles) (Entered: 06/25/2018) |
| 06/25/2018 | 207 | NOTICE OF SERVICE of Responses to Interrogatories by CHRIS RAGGIO. (Martin, Charles) (Entered: 06/25/2018) |
| 07/02/2018 | 208 | NOTICE of Appearance by Armin J. Moeller, Jr on behalf of CHRIS RAGGIO, DONALD RAGGIO (Moeller, Armin) (Entered: 07/02/2018) |
| 07/02/2018 | 209 | NOTICE of Appearance by Andy Lowry on behalf of CHRIS RAGGIO, DONALD RAGGIO (Lowry, Andy) (Entered: 07/02/2018) |
| 07/02/2018 | 210 | RESPONSE to Motion re 204 MOTION to Quash *Subpoenas and For Protective Order* by CODE COLLECTIVE LLC, JED MCCALEB. (Robinson, Amanda) (Entered: 07/02/2018) |
| 07/09/2018 | 211 | NOTICE OF SERVICE of Responses to Request for Production by CHRIS RAGGIO, DONALD RAGGIO. (Martin, Charles) (Entered: 07/09/2018) |
| 07/31/2018 | 212 | NOTICE of Attorney Lien by Tyner Law Firm, P.A. (Attachments: # 1 Exhibit A - Attorney Client Employment Contract,) (Martin, Charles) (Entered: 07/31/2018) |
| 08/01/2018 | 213 | NOTICE of Appearance by Christine Crockett White on behalf of CHRIS RAGGIO, DONALD RAGGIO (White, Christine) (Entered: 08/01/2018) |
| 08/01/2018 | 214 | NOTICE of Appearance by Michael Patrick Everman on behalf of CHRIS RAGGIO, DONALD RAGGIO (Everman, Michael) (Entered: 08/01/2018) |
| 08/01/2018 | 215 | NOTICE of Appearance by Jonathan Paul Dyal on behalf of CHRIS RAGGIO, DONALD RAGGIO (Dyal, Jonathan) (Entered: 08/01/2018) |
| 08/01/2018 | 216 | NOTICE of Appearance by Walter Boone on behalf of CHRIS RAGGIO, DONALD RAGGIO (Boone, Walter) (Entered: 08/01/2018) |
| 08/01/2018 | 217 | MOTION to Amend/Correct 196 Order by Plaintiffs CHRIS RAGGIO, DONALD RAGGIO (Lowry, Andy) (Entered: 08/01/2018) |
| 08/01/2018 | 218 | MOTION to Substitute Attorney *for Plaintiffs* by Plaintiffs CHRIS RAGGIO, DONALD RAGGIO (Lowry, Andy) (Entered: 08/01/2018) |
| 08/03/2018 | 219 | ORDER granting 218 Motion to Substitute Attorney. Attorney Charles Bradford Martin; Armin J. Moeller, Jr; Mitchell H. Tyner, Sr; Michael Patrick Everman and Andy Lowry terminated. (KK) (Entered: 08/03/2018) |
| 08/03/2018 | 220 | ORDER granting 217 Motion to Amend/Correct. (KK) (Entered: 08/03/2018) |
| 08/03/2018 | 221 | NOTICE of Appearance by Perry Taylor on behalf of CHRIS RAGGIO, DONALD RAGGIO (Taylor, Perry) (Entered: 08/03/2018) |
| 08/09/2018 | 222 | MOTION for Extension of Time to Complete Discovery *(Expedited Setting Requested)* by Plaintiffs CHRIS RAGGIO, DONALD RAGGIO (Lowry, Andy) (Entered: 08/09/2018) |
| 08/15/2018 | 223 | NOTICE of Appearance by Mitchell H. Tyner, Sr on behalf of Tyner Law Firm, P.A. (Tyner, Mitchell) (Entered: 08/15/2018) |
| 08/15/2018 | 224 | NOTICE of Appearance by Charles Bradford Martin on behalf of Tyner Law Firm, P.A. (Martin, Charles) (Entered: 08/15/2018) |
| 08/17/2018 | 225 | RESPONSE in Opposition re 222 MOTION for Extension of Time to Complete Discovery *(Expedited Setting Requested)* by CODE COLLECTIVE LLC, JED MCCALEB. (Gault, Edwin) (Entered: 08/17/2018) |
| 08/17/2018 | 226 | REPLY to Response to Motion re 225 Response in Opposition to Motion *for Amended Scheduling Order* by CHRIS RAGGIO, DONALD RAGGIO. (Lowry, Andy) (Entered: 08/17/2018) |
| 08/17/2018 | 227 | AMENDED SCHEDULING ORDER. Signed by Joseph A. Sclafani on 8/17/18. (KB) (Entered: 08/20/2018) |
| 09/07/2018 | 228 | MOTION for Leave to File *Amended Complaint* by Plaintiffs CHRIS RAGGIO, DONALD RAGGIO (Attachments: # 1 Exhibit 1 - Proposed Amended Complaint,) (Lowry, Andy) (Entered: 09/07/2018) |
| 09/18/2018 | 229 | ORDER granting 228 Motion for Leave to File. (CW) (CW). (Entered: 09/18/2018) |

| | | |
|---|---|---|
| 09/18/2018 | 230 | AMENDED COMPLAINT against CODE COLLECTIVE LLC, JED MCCALEB, MTGOX INC, filed by CHRIS RAGGIO, DONALD RAGGIO. (Moeller, Armin) (Entered: 09/18/2018) |
| 10/05/2018 | 231 | MOTION to Dismiss *Plaintiffs' Claims*, MOTION *Incorporated Memorandum In Support* by Defendants CODE COLLECTIVE LLC, JED MCCALEB (Gault, Edwin) (Entered: 10/05/2018) |
| 10/05/2018 | 232 | MOTION for Partial Summary Judgment by Defendants CODE COLLECTIVE LLC, JED MCCALEB (Attachments: # 1 Exhibit A-Emails, # 2 Exhibit B-Raggio Affidavit, # 3 Exhibit C-Amended Complaint, # 4 Exhibit D-McCaleb Affidavit, # 5 Exhibit E-Price Charts, # 6 Exhibit F-Reuters, # 7 Exhibit G-Docket, # 8 Exhibit H-RFAs, # 9 Exhibit I-Supplemental, # 10 Exhibit J-McCaleb Deposition, # 11 Exhibit K-Hearing Transcript,) (Gault, Edwin) (Entered: 10/05/2018) |
| 10/05/2018 | 233 | MEMORANDUM in Support re 232 MOTION for Partial Summary Judgment *on Measure of Damages* by CODE COLLECTIVE LLC, JED MCCALEB. (Gault, Edwin) (Entered: 10/05/2018) |
| 10/05/2018 | 234 | MOTION *For Judicial Notice* by Defendants CODE COLLECTIVE LLC, JED MCCALEB (Gault, Edwin) (Entered: 10/05/2018) |
| 10/05/2018 | 235 | Request for Judicial Notice re 232 MOTION for Partial Summary Judgment by CODE COLLECTIVE LLC, JED MCCALEB. (Gault, Edwin) (Entered: 10/05/2018) |
| 10/09/2018 | 236 | DOCKET ANNOTATION as to 234 : Attorney has re-filed as entry # 235. (LC) (Entered: 10/09/2018) |
| 10/09/2018 | 237 | NOTICE of Hearing re 231 MOTION to Dismiss *Plaintiffs' Claims*MOTION *Incorporated Memorandum In Support*, 232 MOTION for Partial Summary Judgment by CODE COLLECTIVE LLC, JED MCCALEB (Gault, Edwin) (Entered: 10/09/2018) |
| 10/10/2018 | 238 | AGREED ORDER SETTING BRIEFING SCHEDULE. Signed by Joseph A. Sclafani on 10/9/18. (SH) (Entered: 10/10/2018) |
| 10/11/2018 | 239 | Supplemental MOTION for Reconsideration re 190 MOTION for Reconsideration re 91 Order by Defendants CODE COLLECTIVE LLC, JED MCCALEB (Attachments: # 1 Exhibit A-Transcript of Hearing, # 2 Exhibit B-Email from Martin with search terms, # 3 Exhibit C-Emails between Boone and Gault, # 4 Exhibit D-Emails between counsel, # 5 Exhibit E-Email from Boone re Khoury, # 6 Exhibit F-Email from Khoury re additional terms, # 7 Exhibit G-Email from Boone addressing searches, # 8 Exhibit H-Email from Gault suggestions to find relevant docs, # 9 Exhibit I-Email from Boone on proposed searches, # 10 Exhibit J-McCaleb Discovery Responses,) (Gault, Edwin) (Entered: 10/11/2018) |
| 10/16/2018 | 240 | NOTICE of Hearing re 239 Supplemental MOTION for Reconsideration re 190 MOTION for Reconsideration re 91 OrderSupplemental MOTION for Reconsideration re 190 MOTION for Reconsideration re 91 OrderSupplemental MOTION for Reconsideration re 190 MOTION for Reconsideration re 91 Order by CODE COLLECTIVE LLC, JED MCCALEB (Robinson, Amanda) (Entered: 10/16/2018) |
| 10/22/2018 | 241 | RESPONSE to Motion re 239 Supplemental MOTION for Reconsideration re 190 MOTION for Reconsideration re 91 OrderSupplemental MOTION for Reconsideration re 190 MOTION for Reconsideration re 91 OrderSupplemental MOTION for Reconsideration re 190 MOTION for Reconsideration re 91 Order by CHRIS RAGGIO, DONALD RAGGIO. (Attachments: # 1 Exhibit Defendants' Exhibit B - Email, # 2 Exhibit Defendants' Exhibit C - Email, # 3 Exhibit Defendants' Exhibit D - Email, # 4 Exhibit Defendants' Exhibit F - Email, # 5 Exhibit Defendants' Exhibit G - Email, # 6 Exhibit Defendants' Exhibit H - Email, # 7 Exhibit Defendants' Exhibit I - Email, # 8 Exhibit Plaintiffs' Exhibit A - Email, # 9 Exhibit Plaintiffs' Exhibit B - Email,) (Boone, Walter) (Entered: 10/22/2018) |
| 10/25/2018 | 242 | AGREED ORDER AMENDING BRIEFING SCHEDULE. Signed by Joseph A. Sclafani on 10/24/18. (SH) (Entered: 10/25/2018) |
| 10/25/2018 | 243 | RESPONSE in Opposition re 231 MOTION to Dismiss *Plaintiffs' Claims*MOTION *Incorporated Memorandum In Support* by CHRIS RAGGIO, DONALD RAGGIO. (Lowry, Andy) (Entered: 10/25/2018) |
| 11/01/2018 | 244 | RESPONSE in Opposition re 232 MOTION for Partial Summary Judgment by CHRIS RAGGIO, DONALD RAGGIO. (Attachments: # 1 Exhibit A - Raggio affidavit, # 2 Exhibit B - Boone affidavit, # 3 Exhibit C - Dabbs affidavit, # 4 Exhibit D - Jan 2011 emails, # 5 Exhibit E - Emails, # 6 Exhibit F - Skype log, # 7 Exhibit G - Apr 2011 email,) (Lowry, Andy) (Entered: 11/01/2018) |
| 11/01/2018 | 245 | MEMORANDUM in Opposition re 232 MOTION for Partial Summary Judgment by CHRIS RAGGIO, DONALD RAGGIO. (Lowry, Andy) (Entered: 11/01/2018) |
| 11/05/2018 | 246 | REPLY to Response to Motion re 243 Response in Opposition to Motion by CODE COLLECTIVE LLC, JED MCCALEB. (Gault, Edwin) (Entered: 11/05/2018) |
| 11/09/2018 | 247 | ORDER denying 239 Motion for Reconsideration. (MG) Modified on (Entered: 11/13/2018) |
| 11/14/2018 | 248 | AGREED ORDER AMENDING SCHEDULING ORDER. Signed by Joseph A. Sclafani on 11/13/18. (MG) (Entered: 11/14/2018) |
| 11/15/2018 | 249 | REPLY to Response to Motion re 244 Response in Opposition to Motion, by CODE COLLECTIVE LLC, JED MCCALEB. (Attachments: # 1 Exhibit M - First 56(f) Motion, # 2 Exhibit N - Bitcoin Article 2, # 3 Exhibit O - Bitcoin Article 1, # 4 Exhibit P- Convention Email, # 5 Exhibit Q - Convention Article, # 6 Exhibit R - Depo Email Chain,) (Gault, Edwin) (Entered: 11/15/2018) |
| 11/16/2018 | 250 | ORDER ALLOWING FILING OF DOCUMENT UNDER SEAL. Signed by Joseph A. Sclafani on 11/15/2018. (DKW) (Entered: 11/16/2018) |
| 11/16/2018 | 251 | EXHIBIT L. - FILED UNDER SEAL PER ORDER (KB) (Entered: 11/16/2018) |

| | | |
|---|---|---|
| 11/28/2018 | 252 | AGREED PROTECTIVE ORDER. Signed by Joseph A. Sclafani on 11/28/18. (SH) (Entered: 11/28/2018) |
| 11/29/2018 | 253 | NOTICE OF SERVICE of Interrogatories Propounded to Jed McCaleb by CHRIS RAGGIO. (Lowry, Andy) (Entered: 11/29/2018) |
| 11/29/2018 | 254 | NOTICE OF SERVICE of Request for Production of Documents Propounded to Jed McCaleb by CHRIS RAGGIO, DONALD RAGGIO. (Lowry, Andy) (Entered: 11/29/2018) |
| 12/07/2018 | 255 | DESIGNATION of Witness *(Expert Witnesses)* by CHRIS RAGGIO, DONALD RAGGIO. (Attachments: # 1 Exhibit 1 - Dabbs CV, # 2 Exhibit 2 - Dabbs affidavit, # 3 Exhibit 3 - Carroll CV, # 4 Exhibit 4 - Evans CV, # 5 Exhibit 5 - Nilsson CV, # 6 Exhibit 6 - Gaylor CV,) (Lowry, Andy) (Entered: 12/07/2018) |
| 12/17/2018 | 256 | MEMORANDUM in Support re 232 MOTION for Partial Summary Judgment *Revision to Record Citations Related to Exhibit A in its Memorandum in Support of Motion for Partial Summary Judgment* by CODE COLLECTIVE LLC, JED MCCALEB. (Gault, Edwin) (Entered: 12/17/2018) |
| 12/17/2018 | 257 | MISCELLANEOUS DOCUMENT: Supplement to Plaintiffs Response Opposing Partial Summary Judgment re 244 Response in Opposition to Motion, by CHRIS RAGGIO, DONALD RAGGIO. (Attachments: # 1 Exhibit 1 - Plfs Designation of Experts,) (Lowry, Andy) (Entered: 12/17/2018) |
| 12/21/2018 | 258 | AGREED AMENDED PROTECTIVE ORDER. Signed by Joseph A. Sclafani on 12/21/2018. (KK) (Entered: 12/21/2018) |
| 12/27/2018 | 259 | ORDER denying 232 Motion for Partial Summary Judgment. (SH) (Entered: 12/27/2018) |
| 12/27/2018 | 260 | ORDER denying 231 Motion to Dismiss; denying 231 Motion. (KK) (Entered: 12/27/2018) |
| 01/03/2019 | 261 | NOTICE OF SERVICE of Interrogatories Propounded to Plaintiffs, NOTICE OF SERVICE of Request for Production of Documents Propounded to Plaintiffs by CODE COLLECTIVE LLC, JED MCCALEB. (Gault, Edwin) (Entered: 01/03/2019) |
| 01/07/2019 | 262 | SUBPOENA ISSUED for Production/Inspection. Ripple Labs, Inc. (ZW) (Entered: 01/07/2019) |
| 01/09/2019 | 263 | NOTICE OF SERVICE of Responses to Request for Production by CHRIS RAGGIO, DONALD RAGGIO. (Lowry, Andy) (Entered: 01/09/2019) |
| 01/10/2019 | 264 | NOTICE of Notice of Removal by CODE COLLECTIVE LLC, JED MCCALEB (Attachments: # 1 Exhibit 1 - Notice of Removal,) (Gault, Edwin) (Entered: 01/10/2019) |