Case: 25CI1:14-cv-00071-TTG   Document #: 20   Filed: 07/15/2014   Page 1 of 1

# HINDS COUNTY CIRCUIT COURT MISSISSIPPI

DR. DONALD RAGGIO
DR. CHRIS RAGGIO
      Plaintiff / Petitioner

Cause #: 14-CV-00071-TTG

Affidavit of Service of:
SUMMONS; NOTICE OF CLAIM COVER SHEET; COMPLAINT

VS.
MTGOX A SOLE PROPRIETORSHIP
MTGOX, INC. A DELAWARE CORP
MT. GOX KK, A JAPANESE CORP
TIBAN KK, A JAPANESE CORP
MUTUM SIGILLUM, LLC
CODE COLLECTIVE, LLC
JEB MCCALEB
MARK KARPELES
JOHN DOES
      Defendant / Respondent

Hearing Date:
Witness Fee Tendered:

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned, a citizen of the United States and over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the date and time of **6/25/14 3:47pm** at the address of **6155 S. DuPont Hwy Dover DE 19901**, city of **Dover**, county of **Kent**, state of **Delaware**, this affiant served the above described documents upon:

**NATIONAL CORPORATE RESEARCH as Registered Agent for MTGOX, INC**

☐ Personal Service
   by then and there personally delivering _____ true and correct copy(ies) thereof.

☑ Corporate Service
   by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Colleen McMahon, Managing Agent**.

☐ Substituted/Residential Service
   by then and there personally delivering _____ true and correct copy(ies) thereof, by then presenting to and leaving the same with _____
a person of suitable age and discretion who stated the above address to be the residence and usual place of abode of themselves and the subject(s) and/or subjects legal representative listed above.

No information was provided that indicates that the subjects served are members of the U.S. military.

**Sharlene Ryan**
Typed or Printed Name of Process Server

Subscribed and Sworn to before me this **June 27 2014**

a Notary Public in the State of **Delaware**
Residing at **Wilmington DE**

[Notary Seal: KIMBERLY J. RYAN, MY COMMISSION EXPIRES MAY 17, 2016, NOTARY PUBLIC STATE OF DELAWARE]

ABC Legal Services, Inc.
206 521-9000
Tracking #: 30107043

ORIGINAL
PROOF OF SERVICE
Page 1 of 1

Tyner Law Firm, P.A.

**Exhibit 10**