# Forman Watkins

Forman Watkins & Krutz LLP

Mandie B. Robinson
Mandie.robinson@formanwatkins.com
Direct Dial: (601) 974-8735

January 3, 2019

**VIA EMAIL:** alowry@balch.com

Andy Lowry
Balch & Bingham LLP
188 East Capitol St., Suite 1400
Jackson, MS 39201

      Re:    *Dr. Donald Raggio, Dr. Chris Raggio v. MTGOX, Inc. et al.,*
               In the Circuit Court of the First Judicial District of Hinds County, Mississippi,
               Civil Action No. 14-CV-00071

Dear Andy:

     I hope you enjoyed the holiday season.  We note that Chris Raggio testified via Affidavit that Plaintiffs filed a Proof of Claim in the Japanese bankruptcy proceeding in October.  Please accept this as our good faith request to provide a copy of the Proof of Claim as sought in Request No. 1 of the Defendants' Sixth Set of Requests for Production.  We ask that you forward a copy within 7 days to avoid the necessity of filing a motion to compel.

     Thank you for your assistance in this matter.  Should you have any questions, please do not hesitate to contact me.

                                  Very truly yours,

                                  Mandie B. Robinson

**Exhibit 11**