**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**DR. DONALD RAGGIO**
**DR. CHRIS RAGGIO** **PLAINTIFFS**

**VS.** **CAUSE NO. 3:19cv22HTW/LRA**

**MTGOX, Inc., a Delaware corporation; CODE COLLECTIVE, LLC, a New York limited liability company; JED McCALEB, an individual** **DEFENDANTS**

**MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO REMAND**

COME NOW, Jed McCaleb and Code Collective, LLC (collectively "McCaleb"), and file this motion for an extension of time and state as follows:

1. On January 10, 2019, McCaleb filed a Notice of Removal of this matter from the Circuit Court of the First Judicial District of Hinds County, Mississippi.

2. On February 11, 2019, Plaintiffs filed a motion seeking to remand this matter to state court. *See* Motion to Remand and Award Costs and Fees, Doc. 7.

3. McCaleb's response to the Plaintiffs' motion is currently due February 25, 2019. *See* Local Rule 7(b)(4).

4. McCaleb requests an additional 7 days, until March 4, 2019, in which to file a response to the motion.

5. Counsel for Plaintiffs has agreed to the extension of time requested in this motion.

WHEREFORE, Jed McCaleb and Code Collective, LLC request an extension of time until March 4, 2019 to file a response to the Plaintiffs' Motion to Remand and Award Costs and Fees.

Respectfully submitted, this 21st day of February, 2019.

**JED McCALEB and CODE COLLECTIVE, LLC**

By: */s/ Mandie B. Robinson*
EDWIN S. GAULT, JR. (MSB #10187)
MANDIE B. ROBINSON (MSB #100446)
T. PEYTON SMITH (MSB #103867)

***Attorneys for Jed McCaleb and Code Collective, LLC***

OF COUNSEL:

FORMAN WATKINS & KRUTZ LLP
210 East Capitol Street, Suite 2200
Jackson, Mississippi 39201-2375
Post Office Box 22608
Jackson, MS 39225-2608
Telephone: (601) 960-8600
Facsimile: (601) 960-8613
win.gault@formanwatkins.com
mandie.robinson@formanwatkins.com
peyton.smith@formanwatkins.com

ETHAN JACOBS
HOLLAND LAW, LLP
220 Montgomery Street, Suite 800
San Francisco, California 94104
Telephone: (415) 200-4984
ejacobs@hollandlawllp.com

***Counsel for Jed McCaleb and Code Collective, LLC***

**CERTIFICATE OF SERVICE**

I do hereby certify that I have this day served a true and correct copy of the above and foregoing pleading via the Court's electronic filing system on:

Armin J. Moeller, Jr.
Walter H. Boone
Christine Crockett White
Jonathan P. Dyal
Andy Lowry
Patrick Everman
Perry P. Taylor
Balch & Bingham, LLP
188 East Capitol Street
Jackson, MS 39201-2608
amoeller@balch.com
wboone@balch.com
cwhite@balch.com
jdyal@balch.com
alowry@balch.com
peverman@balch.com
ptaylor@balch.com

***Attorneys for Plaintiffs***

Charles Brad Martin
Tyner Law Firm, P.A.
3352 North Liberty Street
Canton, MS 39046
bmartin@tynerlawfirm.com

***Former Attorney for Plaintiffs Asserting Lien for Attorney's Fees***

Respectfully submitted, this 21st day of February, 2019.

By: */s/ Mandie B. Robinson*
Mandie B. Robinson