## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**DR. DONALD RAGGIO**
**DR. CHRIS RAGGIO**                                               **PLAINTIFFS**

**VS.**                                               **CAUSE NO. 3:19cv22HTW/LRA**

**MTGOX, Inc., a Delaware corporation;**
**CODE COLLECTIVE, LLC, a New York**
**limited liability company; JED McCALEB,**
**an individual**                                               **DEFENDANTS**

### ORDER GRANTING MOTION FOR EXTENSION OF TIME

This matter has come before the Court on the motion of Jed McCaleb and Code Collective, LLC for an extension of time of seven days to file a response to the Plaintiffs' Motion to Remand and Award Costs and Fees.  The Court, having been fully apprised in the premises and of the Plaintiffs' agreement to the relief requested, finds the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that Jed McCaleb and Code Collective, LLC are granted an extension of time of 7 days, until March 4, 2019, to file a response to the Plaintiffs' Motion to Remand and Award Costs and Fees.

IT IS FURTHER ORDERED that the deadline for Plaintiffs to file a reply in support of their Motion to Remand and Award Costs and Fees is extended 7 days, until March 11, 2019.

SO ORDERED this the 22nd day of February, 2019.

_/s/ Linda R. Anderson_____
UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

EDWIN S. GAULT, JR. (MSB #10187)
MANDIE B. ROBINSON (MSB #100446)
T. PEYTON SMITH (MSB #103867)
FORMAN WATKINS & KRUTZ LLP
210 East Capitol Street, Suite 2200
Jackson, Mississippi 39201-2375
Post Office Box 22608
Jackson, MS 39225-2608
Telephone: (601) 960-8600
Facsimile: (601) 960-8613
win.gault@formanwatkins.com
mandie.robinson@formanwatkins.com
peyton.smith@formanwatkins.com

ETHAN JACOBS
HOLLAND LAW, LLP
220 Montgomery Street, Suite 800
San Francisco, California 94104
Telephone: (415) 200-4984
ejacobs@hollandlawllp.com

*Counsel for Jed McCaleb and Code Collective, LLC*