10/5/2018   Case 3:19-cv-00022-HTW-LRA   Document 13-6   Filed 03/04/19   Page 1 of 5



**EXHIBIT F**



| 1h | 12h | 1d | 1w | 1m | 3m | 1y | All |

Jan 9, 2011 to Jan 10, 2011 ⬇ Export

$0.32

9. Jan   06:00   12:00   18:00   10. Jan

**EXHIBIT F**

Case 3:19-cv-00022-HTW-LRA   Document 13-6   Filed 03/04/19   Page 3 of 5



**EXHIBIT F**



**EXHIBIT F**



**EXHIBIT F**