# PROOF OF SERVICE

JED MCCALEB
_____
Name of Person or Entity Served

  I, the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

_____ **FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE**. By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender (*attach completed acknowledgment of receipt pursuant to M.R.C.P. Form 1B*).

XXX   **PERSONAL SERVICE**. I personally delivered copies to JED MCCALEB _____ on the 21st day of August , 20 14 , where I found said person(s) in San county of the State of California .
      Francisco

_____ **RESIDENCE SERVICE**. After exercising reasonable diligence I was unable to deliver copies to said person within county, _____(state). I served the summons and complaint on the _____ day of _____, 20__, at the usual place of abode of said person by leaving a true copy of the summons and complaint with _____ who is the _____(here insert wife, husband, son, daughter or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the _____ day of , 20____, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

_____ **CERTIFIED MAIL SERVICE**. By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. (*Attach signed return receipt or other evidence of actual delivery to the person served.*)

  At the time of service I was at least 18 years of age and not a party to this action.

Fee for service:  $ _____

Process server must list below (please print or type):

Name  BORYS PROCAK C/O RIVERA & ASSOCIATES
_____

Social Security No. _____

Address  2118 WALSH AVE, SUITE 100
_____

SANTA CLARA, CA 95050
_____

Telephone No.  (408) 845-0068
_____

State of Mississippi
County of Hinds

  Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named BORYS PROCAK _____ who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_____
Process Server (Signature)

Sworn to and subscribed before me this the _____ 27th _____ day of AUGUST _____ , 2014.

_____
Notary Public

My Commission Expires: APRIL 22, 2015

PETER ROBINS CHU
Commission # 1930233
Notary Public - California
San Francisco County
My Comm. Expires Apr 22, 2015

**EXHIBIT J**