Case: 1:14-cv-01437 Document #: 405-16 Filed: 02/25/19 Page 1 of 1 PageID #:6682

Case 3:19-cv-00022-HTW-LRA Document 13-14 Filed 02/04/19 Page 1 of 1

# Mt.Gox Creditors

Protect the right of bitcoin creditors of Mt.Gox

## About us

We filed an involutary case to commence civil rehabilitation proceedings of Mt.Gox by representing some creditors.

We understand that some creditors may wish to ask us questions or make requests; however, we are not able to respond to everyone, as we do not have sufficient human resources. In addition, we are not in a position to provide legal advice to creditors who are not our clients; in such case, please consult with your own lawyers for legal advice.  Please also note that this website does not constitute legal advice.

We will try to provide you with information and updates on this matter on this website.

Nishimura & Asahi

Shin Fukuoka, Attorney-at-law

Yuri Sugano, Attorney-at-law

Mt.Gox Creditors

*[WordPress.com サイト](#)*.
↑

**EXHIBIT N**