## IN THE CIRCUIT COURT OF THE FIRST JUDICIAL DISTRICT
## HINDS COUNTY, MISSISSIPPI

**DR. DONALD RAGGIO**
**DR. CHRIS RAGGIO**                                                    **PLAINTIFFS**

**VS.**                                                **CAUSE NO. 14-CV-00071-TTG**

**MTGOX, et al.**                                                       **DEFENDANTS**

### SIXTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS
### TO PLAINTIFFS

Code Collective, LLC and Jed McCaleb (together, "McCaleb"), serve their Sixth Set of Requests for Production of Documents to Plaintiffs as follows:

### DEFINITIONS

1.   When used herein, the terms "Plaintiff," "you," "your", or "yourself," refers to either and both Chris Raggio and Donald Raggio, their attorneys, agents or representatives.

2.   When used herein, the term "MTGOX," refers to MtGox Co., Ltd., and its affiliated companies, including TIBANNE. Co., Ltd., K.K. Bitcoin. Café, their attorneys, agents representatives, or bankruptcy trustees.

3.   When used herein, the name "Mark Karpeles" refers to the individual also known as Robert Marie Mark Karpeles, who purchased MTGOX from Jed McCaleb.

### REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST NO. 1**:

Produce a copy of any documents, screenshots, or other records in any form which reflect or otherwise evidence any claim you made in any bankruptcy proceedings involving MTGOX or Mark Karpeles.

**EXHIBIT S**

**REQUEST NO. 2**:

If you filed a claim in any bankruptcy case, proceeding, or action in which MTGOX is a debtor, produce a copy of any documents, screenshots, or other records in any form which reflect whether and in what amount your claim has been accepted or rejected by the trustee, including but not limited to records to be obtained via the method the trustee has set forth in the attached Exhibit A for MTGOX users who filed claims online.

**REQUEST NO. 3**:

If you filed a claim in any bankruptcy case, proceeding, or action in which Mark Karpeles is a debtor, produce a copy of any documents, screenshots, or other records in any form which reflect whether and in what amount your claim has been accepted or rejected by the trustee.

**REQUEST NO. 4:**

Produce a copy of any canceled checks, wire transfers, screenshots, bank statements or other records which reflect or otherwise evidence any monies, bitcoins, or any other items of value you received on or after March 5, 2014, from MTGOX, Mark Karpeles, any other named defendant, or any bankruptcy trustee administering the estate of any person or entity named as a defendant in this suit.

Respectfully submitted, this the 3rd day of August, 2017.

**CODE COLLECTIVE, LLC, and
JED McCALEB, individually and formerly
doing business as MTGOX, a sole proprietorship**

By:   */s/Mandie B. Robinson*
      EDWIN S. GAULT, JR., MSB #10187
      MANDIE B. ROBINSON, MSB #100446

**EXHIBIT S**

OF COUNSEL:

FORMAN WATKINS & KRUTZ LLP
210 East Capitol Street, Suite 2200
Jackson, Mississippi 39201-2375
Post Office Box 22608
Jackson, MS   39225-2608
Telephone:   (601) 960-8600
Facsimile:   (601) 960-8613
win.gault@formanwatkins.com
mandie.robinson@formanwatkins.com

ETHAN JACOBS
HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, California 94104
Telephone: (415) 200-4984
ejacobs@hollandlawllp.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served a true and correct copy of the above and foregoing document via email on the following:

> Mitchell H. Tyner, Sr.
> Charles Brad Martin
> TYNER, GOZA, STACEY & MARTIN, LLC
> 114 West Center Street
> Canton, MS 39046
> mtyner@tynerlawfirm.com
> bmartin@tynerlawfirm.com

This the 3rd day of August, 2017.

                                                    */s/ Mandie B. Robinson*
                                                    MANDIE B. ROBINSON

**EXHIBIT S**



**件名：債権認否結果に関するご連絡／Notice of the Results of Approval or Disapproval**

債権者各位

当職は、平成28年5月25日の債権調査期日において、MTGOXのビットコイン取引所のユーザーの届出債権について認否をしました。
認否結果については、下記の届出システムにアップロードしました。オンライン届出者は、当該システムにログインし、「債権認否一覧表」のPDFのリンクをクリックすれば、MTGOXのビットコイン取引所のユーザーの届出債権の全てについての届出内容とそれに対する当職の認否内容が記載された認否書を閲覧できます（一部の内容はマスキングしています。）。その中から、自分の債権者番号（債権届出時にお知らせした番号です）と名前を探し、自分の届出債権に関する部分をご確認下さい。
貴殿の届出債権の全部又は一部が認められていない場合、認められなかった理由は、当該債権が存在しないことにあります。
認められなかった債権者は、債権調査期日から1か月以内に破産法が定める債権確定手続を執ることができます。
当職に書面を郵送して債権届出をしたオフライン届出者には、電子メールにより認否の結果をお知らせする予定です。

破産者株式会社MTGOX　破産管財人弁護士小林信明

**To all creditors,**

On May 25, 2016, the date of the investigation of claims, I made determination as to accept or reject the claims filed by the Users of Exchange.

I uploaded the results of the acceptance or rejection to the following Online Method System. The creditors who filed claims through Online Method System can browse the statement of acceptance or rejection which sets forth the contents of filings and the details of acceptances or rejections therefor, with respect to all the claims filed by the Users of Exchange, by logging into the System and clicking the link to the PDF file of the "List of Acceptance or Rejection of the Claims" (however, they will be partially masked). Please look for your creditor's number (the number assigned to you when you filed your claims) and your name, and confirm the results of the acceptance or rejection of your filed claims.

If all or a part of the amounts that you filed were rejected, the reason for such rejection is that such amount does not exist.

The creditors whose filed claim was rejected may take the claim assessment process within one month from the date of investigation of claims pursuant to the Japanese Bankruptcy Law.

For those creditors who filed by Offline Method, I plan to inform the results of the acceptance or rejection of the claims by sending emails.

**EXHIBIT S**

Bankrupt Entity: MtGox Co., Ltd.
Bankruptcy Trustee: Nobuaki Kobayashi, Attorney-at-law


ＭＴＧＯＸの破産手続でオンライン方法を利用する方はこちら

Please click here to use the Online Method in relation to MTGOX's bankruptcy proceedings.


オンライン方法による破産債権の届出ができる期間は、2015年7月29日正午（日本時間）で終了しました。2015年7月29日正午（日本時間）以降、ユーザーがオンライン方法によりできることは、①自らの届け出た破産債権の内容の閲覧、②他者への債権譲渡、のみになります。
ただし、今後、配当が近づいたタイミングで、再び、ユーザーが、本システムを利用して、届け出た破産債権について金額の増額以外の変更（例えば、住所の変更、商号の変更）をできる機会を設ける予定です（債権の届出及び届け出た債権の金額の増額はできません）。
将来的には、オンライン方法により届け出た破産債権に対する破産管財人の認否結果の閲覧、配当手続等で、オンライン方法を利用した手続を行う予定ですので、ログインに必要なユーザーネーム、又はメールアドレス及びパスワードを忘れないようにして下さい。

The period during which Users can file bankruptcy claims using the Online Method expired at 12 noon on July 29, 2015 (Japan time). After 12 noon on July 29, 2015 (Japan time), the only things that a User will be able to do using the Online Method will be to (i) view bankruptcy claims that he or she has filed himself or herself and (ii) transfer his or her bankruptcy claims to another person. However, nearer the time of distribution, the bankruptcy trustee is planning to give Users an opportunity to use the system again to make changes to the details of their bankruptcy claims, other than increasing the amount of the bankruptcy claims that Users have filed (for example, changes in their addresses or company names). Users will not be able to file new bankruptcy claims or increase the amount of the bankruptcy claims that they have filed.
It is intended that, at a later stage, Users will be able to use the system again in order to check the bankruptcy trustee's decision concerning the acceptance of the bankruptcy claims that Users have filed using the Online Method, and to have access to the procedures relating to distributions, etc. Please do not forget your username, or your e-mail address and password, as they are required if you wish to log in to the system again.

---

## Press Releases & Announcements:

破産債権の届出に関するお知らせ等を掲載しました。
The bankruptcy trustee posted the following notices and documents regarding the filing of bankruptcy claims.

- o   2017-03-08:   第8回債権者集会配布資料 / Documents distributed at the eighth creditors' meeting

    2017年3月8日、第8回債権者集会が開催されました。
    第9回債権者集会は2017年9月27日午後1時30分より東京地方裁判所債権者等集会場1（家簡地裁合同庁舎5階）において開催されます。


**EXHIBIT S**

On March 8, 2017, the eighth creditor's meeting was held. The ninth creditor's meeting will be held at Tokyo District Courtroom for Creditors' Meeting No.1 (5F, joint government building for the domestic, summary and district courts) at 13:30 on September 27, 2017.

- 2017-03-08: 米国連邦裁判所における期日の開催に関する通知 / Notice of Hearing before United States Bankruptcy Judge
- 2016-09-28: 第7回債権者集会配布資料 / Documents distributed at the seventh creditors' meeting

2016年9月28日、第7回債権者集会が開催されました。
第8回債権者集会は2017年3月8日午後1時30分より東京地方裁判所債権者等集会場1（家簡地裁合同庁舎5階）において開催されます。

On September 28, 2016, the seventh creditor's meeting was held. The eighth creditor's meeting will be held at Tokyo District Courtroom for Creditors' Meeting No.1 (5F, joint government building for the domestic, summary and district courts) at 13:30 on March 8, 2017.

- 2016-06-10: 2016年6月15日修正 / revised on June 15, 2016 債権認否に関するお知らせ（その３） / Notification of Acceptance and Rejection of Claims (No. 3)
- 2016-06-03: 認否に関するQ&A / Q&A regarding Acceptance or Rejection of the Claims
- 2016-05-25: 第6回債権者集会配布資料 / Documents distributed at the sixth creditors' meeting

2016年5月25日、第6回債権者集会が開催されました。
第7回債権者集会は2016年9月28日午後1時30分より東京地方裁判所債権者等集会場1（家簡地裁合同庁舎5階）において開催されます。

On May 25, 2016, the sixth creditor's meeting was held. The seventh creditor's meeting will be held at Tokyo District Courtroom for Creditors' Meeting No.1 (5F, joint government building for the domestic, summary and district courts) at 13:30 on September 28, 2016.

- 2016-05-25: 債権認否のお知らせ（その２） / Notification of Acceptance and Rejection of Claims (No. 2)
- 2016-05-11: ビットコインアドレスのリストの公表中止の件 / Re: Suspension of Release of List of Bitcoin Addresses
- 2016-02-17: 第5回債権者集会配付資料 / Documents distributed at the fifth creditors' meeting

2016年2月17日、第5回債権者集会が開催されました。
第6回債権者集会は2016年5月25日午後1時30分より東京地方裁判所債権者等集会場1（家簡地裁合同庁舎5階）において開催されます。

On February 17, 2016, the fifth creditor's meeting was held. The sixth creditor's meeting will be held at Tokyo District Courtroom for Creditors' Meeting No.1 (5F, joint government building for the domestic, summary and district courts) at 13:30 on May 25, 2016.

- 2016-02-17: 債権認否のお知らせ / Notification of Acceptance and Rejection of Claims

**EXHIBIT S**

- o   2015-11-10:  株式会社MTGOX代表者代表取締役カルプレス・マルク・マリ・ロベート個人につき東京地方裁判所が破産手続開始を決定しました。/ Tokyo District Court announced the Commencement of Bankruptcy Proceedings for Mr. Mark Marie Robert Karpeles, former representative director of MtGox Co., Ltd. on November 10, 2015.

    原文: http://kajitani.gr.jp/kaishitsuchi-original.pdf
    English: http://www.kajitani.gr.jp/english-trsl.pdf

- o   2015-09-09: 第4回債権者集会配付資料/Documents distributed at the forth creditors' meeting

    2015年9月9日、第4回債権者集会が開催されました。
    第5回債権者集会は2016年2月17日午後1時30分より東京地方裁判所債権者等集会場1（家簡地裁合同庁舎5階）において開催されます。

    On September 9, 2015, the forth creditor's meeting was held. The fifth creditor's meeting will be held at Tokyo District Courtroom for Creditors'Meeting No.1 (5F, joint government building for the domestic, summary and district courts) at 13:30 on February 17, 2016.

- o   2015-07-23:  オンライン方法による破産債権の届出の期限及び本システムの一時的な機能制限について(再度のお知らせ) / Deadline for filing of bankruptcy claims using online method and temporary restriction on functionality of online system (follow-up notice)
- o   2015-07-23:  オフライン方法により届け出た破産債権の破産債権者が変動した場合について / Regarding Change of Holder of Bankruptcy Claim Filed Using Offline Method
- o   2015-07-23:  ユーザーがオンライン方法により届け出た取引所関係破産債権の保有者が変動した場合について / Regarding Change of Holder of Claim Users Have Filed Using Online Method
- o   2015-07-06:  オンライン方法による破産債権の届出の期限及び本システムの一時的な機能制限について / Deadline for filing of bankruptcy claims using online method and temporary restriction on functionality of online system
- o   2015-04-22:  オフライン届出の書式の不具合を修正しました。2015年4月22日以前にダウンロードしていた場合は、再度ダウンロードしてください。

    The offline claim form was updated to fix an error. If you downloaded the form before this, please re-download it.
- o   2015-04-22: 第3回債権者集会配付資料/Documents distributed at the third creditors' meeting

    2015年4月22日、第3回債権者集会が開催されました。
    第4回債権者集会は2015年9月9日午後1時30分より東京地方裁判所債権者等集会場1（家簡地裁合同庁舎5階）において開催されます。

    On April 22, 2015, the third creditor's meeting was held. The forth creditor's meeting will be held at Tokyo District Courtroom for Creditors'Meeting No.1 (5F, joint government building for the domestic, summary and district courts) at 13:30 on September 9, 2015.

- o   2015-04-22:  MTGOXのビットコイン取引所のユーザーによる破産債権の届出開始に関するお知らせ / Notice of Commencement of Filing of Bankruptcy Claims by MTGOX Bitcoin Exchange Users

**EXHIBIT S**

- o 2015-04-22: MTGOXのビットコイン取引所のユーザーによる破産債権の届出等に関するQ＆A / FAQs Regarding Filing, Etc. Bankruptcy Claims by MTGOX Bitcoin Exchange Users
- o 2015-04-22: ユーザーでない破産債権者の破産債権の届け出に関するお知らせ /Notice Regarding Filing of Bankruptcy Claims by Bankruptcy Creditors other than Users
- o 2015-02-02: 株式会社TIBANNEに対する破産手続開始申立て、及び同破産手続開始決定のお知らせ/Announcement of Application for Commencement of Bankruptcy Proceeding for TIBANNE Co., Ltd. and Order of Commencement of Bankruptcy Proceedings
- o 2014-12-17: 第2回債権者集会におけるご質問等に対する回答 / Answers to Questions, etc., at Second Creditors' Meeting
- o 2014-11-26: 第2回債権者集会配付資料 / Documents distributed at the second creditors' meeting

2014年11月26日、第2回債権者集会が開催されました。
第3回債権者集会は2015年4月22日午後1時30分より東京地方裁判所債権者等集会場1（家簡地裁合同庁舎5階）において開催されます。

On November 26, 2014, the second creditor's meeting was held. The third creditor's meeting will be held at Tokyo District Courtroom for Creditors'Meeting No.1 (5F, joint government building for the domestic, summary and district courts) at 13:30 on April 22, 2015.

- o 2014-11-26: 第2回債権者集会等に関するFAQ / FAQs Regarding Second Creditors' Meetings
- o 2014-11-26: MTGOX破産手続の支援企業決定のお知らせ / Announcement of Determination of Supporting Company for MtGox Bankruptcy Proceedings
- o 2014-09-01: 破産管財人室移転のお知らせ / Announcement of transfer of the office of bankruptcy trustee
- o 2014-07-24: 破産債権届出期間及び債権調査期日の変更のお知らせ / Announcement of order to change the period for filing proofs of claims and the date for investigation of claims
- o 2014-07-23: 債権者集会配付資料（日本語） / Documents distributed at the creditors' meeting（Translation）

2014年7月23日、第1回債権者集会が開催されました。
第2回債権者集会は2014年11月26日午後1時30分より東京地方裁判所債権者等集会場1（家簡地裁合同庁舎5階）において開催されます。

On July 23, 2014, the first creditor's meeting was held. The second creditor's meeting will be held at Tokyo District Courtroom for Creditors' Meeting No.1 (5F, joint government building for the domestic, summary and district courts) at 13:30 on November 26, 2014.

- o 2014-07-14: 債権者集会に関するご質問に対する回答 / FAQs Regarding Creditors' Meetings
- o 2014-06-18: 米国連邦裁判所による承認決定 / Order Recognizing Foreign Main Proceeding and Granting Related Relief by U.S. Bankruptcy Court
- o 2014-05-23: 米国連邦裁判所における期日の開催に関する通知 / Notice of Recognition Hearing in the US Bankruptcy Court
- o 2014-05-21: 破産手続開始のご連絡 / Announcement of Commencement of Bankruptcy Proceedings

**EXHIBIT S**

2014年5月21日以降、順次、破産管財人より「Announcement of Commencement of Bankruptcy Proceedings」（破産手続開始決定のお知らせ）をメール送信しております。ただし、当該メールは、破産者がメールアドレスを認識する方でかつ破産債権を有する可能性のある方に対し、情報提供のためにお送りしているものです。このメールを受信したことで、破産債権者であることや破産配当等に参加することが当然に認められるものではありません。破産手続に参加し破産配当を受けるためには、別途、破産法に定める債権届出を行った後、債権調査を受ける必要があり、破産法に定める債権調査において債権の存在が認められないことがあります。破産管財人は、このメールの送信により、何人に対してもいかなる法的責任も負うものではありません。

Since May 21, 2014, the bankruptcy trustee has sent emails titled "Announcement of Commencement of Bankruptcy Proceedings" in sequence. However, such emails are sent for the purpose of providing information regarding the commencement of the bankruptcy proceedings for the bankrupt entity to those whose email addresses are known to the bankrupt entity and who may have bankruptcy claims. Receipt of such email does not mean that you are certified as a bankruptcy creditor or that you can participate in the bankruptcy distribution. To participate in the bankruptcy proceedings and to receive the bankruptcy distribution, after separately filing proofs of your claim as provided in the Bankruptcy Act of Japan, investigation thereof is necessary. It is possible that, on investigation of your claims as provided in the Bankruptcy Act of Japan, your claim may not be approved. The bankruptcy trustee owes no legal liability to anyone due to the transmission of this document.

- 2014-04-24(002): 破産手続開始決定書 / Bankruptcy proceedings written decision
- 2014-04-24(001): 破産手続開始決定のお知らせ - 基本的なご質問に対する回答 / Announcement of Commencement of Bankruptcy Proceedings - Answers to Frequent Asked Questions
- 2014-04-16(002): 保全管理命令等のお知らせ - 基本的なご質問に対する回答 / Announcement of the Order for Provisional Administration, etc. - Answers to Frequent Asked Questions
- 2014-04-16(001): 民事再生手続開始申立ての棄却、保全管理命令のお知らせ / Information regarding the dismissal of the application for commencement of a civil rehabilitation procedure and the order for provisional administration
- 2014-03-28: 調査結果報告書の提出期限伸長のお知らせ / Announcement regarding the extension of the deadline for submission of the examination results report
- 2014-03-26: ビットコインの消失に係る捜査機関への相談に関するお知らせ / Announcement with regard to consultations with investigating authorities on the disappearance of bitcoins
- 2014-03-20: 当社保有ビットコインの残高に関するお知らせ / Announcement regarding the balance of Bitcoin held by the company
- 2014-03-14: 米国連邦破産法第１５章適用の申請に関するお知らせ / Announcement regarding the applicability of US Bankruptcy Code Chapter 15
- 2014-03-08: MTGOX 詐欺メール注意喚起通知 / Spam warning
- 2014-03-04: 包括的禁止命令主文の通知 / Comprehensive Prohibition Order Judgment Announcement
- 2014-03-03: 民事再生手続に関するよくあるご質問に対する回答
- 2014-02-28: 民事再生手続開始の申立てに関するお知らせ / Announcement Regarding An Application For Commencement Of A Prodedure Of Civil Rehabilitation

**EXHIBIT S**