# Forman Watkins
Forman Watkins & Krutz LLP

Mandie B. Robinson
Mandie.robinson@formanwatkins.com
Direct Dial: (601) 974-8735

January 3, 2019

**VIA EMAIL:** alowry@balch.com

Andy Lowry
Balch & Bingham LLP
188 East Capitol St., Suite 1400
Jackson, MS 39201

Re:   *Dr. Donald Raggio, Dr. Chris Raggio v. MTGOX, Inc. et al.,*
      In the Circuit Court of the First Judicial District of Hinds County, Mississippi,
      Civil Action No. 14-CV-00071

Dear Andy:

I hope you enjoyed the holiday season. We note that Chris Raggio testified via Affidavit that Plaintiffs filed a Proof of Claim in the Japanese bankruptcy proceeding in October. Please accept this as our good faith request to provide a copy of the Proof of Claim as sought in Request No. 1 of the Defendants' Sixth Set of Requests for Production. We ask that you forward a copy within 7 days to avoid the necessity of filing a motion to compel.

Thank you for your assistance in this matter. Should you have any questions, please do not hesitate to contact me.

Very truly yours,

Mandie B. Robinson

**EXHIBIT T**