**Peyton Smith**
___

| | |
|---|---|
| **From:** | Lowry, Andy <alowry@balch.com> |
| **Sent:** | Wednesday, January 9, 2019 4:25 PM |
| **To:** | Win Gault; Mandie Robinson; Peyton Smith |
| **Cc:** | Moeller, Armin; Boone, Walter; White, Christy Crockett; Taylor, Perry; Everman, Patrick; Khoury, Alex |
| **Subject:** | Raggio: 2019-01-09 Plaintiff's 1st Supp Response to 6th Set of Requests for Production |
| **Attachments:** | 2019-01-09 Plaintiff's 1st Supp Response to 6th Set of Requests for Production.pdf; RAGGIO00344-360.pdf |

Attached are the supplemental response and accompanying document production re: the notice of claim in the bankruptcy proceeding, per the notice of service already filed. RSVP if you have any questions or concerns. Thanks!



Andy Lowry, Partner, Balch & Bingham LLP
188 East Capitol Street • Suite 1400 • Jackson, MS 39201-2133
t: (601) 965-8164   f: (866) 849-8954   e: alowry@balch.com
www.balch.com

___

**From:** Fairchild, Paula
**Sent:** Wednesday, January 09, 2019 4:22 PM
**To:** Lowry, Andy
**Cc:** Brock, Kelly
**Subject:** Raggio: 2019-01-09 Plaintiff's 1st Supp Response to 6th Set of Requests for Production



Paula Fairchild, Balch & Bingham LLP
Legal Secretary to: Alan Windham • Andy Lowry • Perry Taylor
188 East Capitol Street • Suite 1400 • Jackson, MS 39201-2133
t: (601) 965-8149   f: (866) 849-8948   e: pfairchild@balch.com
www.balch.com

___

CONFIDENTIALITY:  This email and any attachments may be confidential and/or privileged and are therefore protected against copying, use, disclosure or distribution.  If you are not the intended recipient, please notify us immediately by replying to the sender and double deleting this copy and the reply from your system.

**EXHIBIT U**