# State Of Delaware

Entity Details

2/19/2019   3:39:17PM

| | |
|---|---|
| File Number: | 5346105 |
| Entity Name: | MTGOX INC. |
| Entity Kind: | Corporation |
| Residency: | Domestic |
| Status: | Forfeited, Failure to appoint a R/A |

| | |
|---|---|
| Incorporation Date / Formation Date: | 6/11/2013 |
| Entity Type: | General |
| State: | DELAWARE |
| Status Date: | 9/28/2014 |

## Registered Agent Information

| | |
|---|---|
| Name: | UNASSIGNED AGENT |
| Address: | |
| City: | |
| State: | NullValue |
| Phone: | |

| | |
|---|---|
| Country: | |
| Postal Code: | 95050 |

## Tax Information

| | |
|---|---|
| Last AnnualReport Filed: | 0 |
| Annual Tax Assessment: | $175 |

| | |
|---|---|
| Tax Due: | $ 396 |
| Total Authorized Shares: | 1000 |

## Filing History (Last 5 Filings)

| Seq | Description | No of Pages | Filing Date mm/dd/yyyy | Filing Time | Effective Date mm/dd/yyyy |
|---|---|---|---|---|---|
| 1 | Agent Resignation w/o Apt<BR>9070044 - COGENCY C | 1 | 8/29/2014 | 9:25 AM | 8/29/2014 |
| 2 | Stock Corporation | 3 | 6/11/2013 | 2:27 PM | 6/11/2013 |

**EXHIBIT V**