

# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617     TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

February 13, 2019

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ETHAN ISAAC JACOBS, #291838 was admitted to the practice of law in this state by the Supreme Court of California on December 3, 2013; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of SAN FRANCISCO
Subscribed and sworn to (or affirmed) before me this __13__ day of __FEBRUARY__, 20_19_, by __DENISE VELASCO__, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Signature _____ (Seal)

THE STATE BAR OF CALIFORNIA

Denise Velasco
Custodian of Records



ALEXANDER CASTUERAS
Notary Public - California
San Francisco County
Commission # 2209909
My Comm. Expires Aug 13, 2021

**EXHIBIT A**

## Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# ETHAN ISAAC JACOBS

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on January 24, 2006, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

February 20, 2019

2736

*Clerk of the Court*

**EXHIBIT A**