IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**DR. DONALD RAGGIO and**     **PLAINTIFFS**
**DR. CHRIS RAGGIO**

V.     **CASE NO. 3:19-cv-22-HTW-LRA**

**CODE COLLECTIVE et al.**     **DEFENDANTS**

## NOTICE OF SERVICE

Please take notice that Drs. Donald and Chris Raggio have this day served in the above titled action via electronic mail the following:

1. Plaintiff's Second Supplemental Response to Defendants' Sixth Set of Requests for Production of Documents to Plaintiffs.

The undersigned retain the original as custodian thereof.

Respectfully submitted, this the TWELFTH day of June, 2019.

    *s/ Andy Lowry*
    Armin J. Moeller, Jr., MSB No. 3399
    Walter H. Boone, MSB No. 8651
    Christine Crockett White, MSB No. 10107
    Jonathan P. Dyal, MSB No. 99146
    Andy Lowry, MSB No. 100782
    Patrick Everman, MSB No. 104870
    Perry P. Taylor, MSB No. 104944

    ATTORNEYS FOR PLAINTIFFS

OF COUNSEL:

BALCH & BINGHAM LLP
188 East Capitol Street, Suite 1400
Jackson, MS 39201-2608
Telephone: (601) 961-9900
Fax: (601) 961-4466
wboone@balch.com
cwhite@balch.com
alowry@balch.com


BALCH & BINGHAM LLP
1310 Twenty Fifth Avenue
Gulfport, MS 39501
Telephone: (228) 864-9900
Fax: (228) 864-8221
jdyal@balch.com

<u>CERTIFICATE OF SERVICE</u>

The undersigned counsel for Plaintiffs hereby certifies that on the 12th day of June, 2019, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

So certified, this the TWELFTH day of June, 2019.

<u>*s/Andy Lowry*</u>
Andy Lowry