# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**DR. DONALD RAGGIO**
**DR. CHRIS RAGGIO**                                                                          **PLAINTIFFS**

**V.**                                                                  **CAUSE NO. 3:19-cv-00022**

**MTGOX, Inc., a Delaware corporation;**
**CODE COLLECTIVE, LLC, a New York limited liability company;**
**JED McCALEB, an individual**                                               **DEFENDANTS**

## NOTICE OF FILING IN RELATED CASE IN UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF TEXAS, NO. 14-31229

Please take notice that Jed McCaleb has filed the attached motion (Exhibit A) in the related bankruptcy proceeding, *In re MTGOX Co., Ltd.*, United States Bankruptcy Court for the Northern District of Texas, No. 14-31229. This notice is filed for the Court's consideration in association with Docket No. 12 and Docket No. 13.

Respectfully submitted, this the 3rd day of July, 2019.

                                                      **JED McCALEB and**
                                                      **CODE COLLECTIVE, LLC**

                                      By:  */s/ Edwin S. Gault, Jr.*
                                                EDWIN S. GAULT, JR. (MSB #10187)
                                                T. PEYTON SMITH (MSB #103867)
                                                MANDIE B. ROBINSON (MSB #100446)

                                                *Attorneys for Defendants Jed McCaleb and*
                                                *Code Collective, LLC*

OF COUNSEL:

FORMAN WATKINS & KRUTZ LLP
210 East Capitol Street, Suite 2200 (39201)
P.O. Box 22608
Jackson, MS 39225-2608
Phone: (601) 960-8600
Facsimile: (601) 960-8613
win.gault@formanwatkins.com
mandie.robinson@formanwatkins.com
peyton.smith@formanwatkins.com

ETHAN JACOBS (admitted *pro hac vice*)
HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, California 94104
Telephone: (415) 200-4984
ejacobs@hollandlawllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2019, I served a true and correct copy of the foregoing document via electronic mail to the following counsel of record:

>Armin J. Moeller, Jr.
>Walter H. Boone
>Christine Crockett White
>Jonathan P. Dyal
>Andy Lowry
>Patrick Everman
>Perry P. Taylor
>Balch & Bingham, LLP
>188 East Capitol Street
>Jackson, MS 39201-2608
>wboone@balch.com
>cwhite@balch.com
>alowry@balch.com
>
>*Attorneys for Plaintiffs*

THIS, the 3rd day of July, 2019.

/s/ Edwin S. Gault, Jr.
EDWIN S. GAULT, JR.