IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

Dr. Donald Raggio, Dr. Chris Raggio )
)
    Plaintiffs, )
)
v. )
) Case No. 3:19-cv-22-HTW-LRA
Code Collective, LLC, a New York )
limited liability company, Jed )
McCaleb, MtGox, Inc., )
)
    Defendants. )

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court on the parties' joint motion *ore tenus* for an order dismissing the case with prejudice, each party to bear its own fees and costs; and this Court, being fully advised in the premises, finds that the motion is in the interests of the orderly administration of justice, and should be, and hereby is, GRANTED.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above-styled civil action is DISMISSED WITH PREJUDICE. Each party shall bear its own fees and costs.

SO ORDERED, this the __14th__ day of __February__, 2020.

_____
UNITED STATES DISTRICT JUDGE

8412582.1

*Prepared & submitted by:*

/s/ Andy Lowry

Armin J. Moeller, Jr., MSB No. 3399
Walter H. Boone, MSB No. 8651
Christine Crockett White, MSB No. 10107
Jonathan P. Dyal, MSB No. 99146
Andy Lowry, MSB No. 100782
Patrick Everman, MSB No. 104870
Perry P. Taylor, MSB No. 104944
BALCH & BINGHAM LLP
188 East Capitol Street, Suite 1400
Jackson, Mississippi 39201-2608
Telephone: 601.961.9900
Fax: 601.961.4466
wboone@balch.com
cwhite@balch.com
alowry@balch.com
COUNSEL FOR PLAINTIFFS

*Agreed to by:*

/s/ Win Gault

Edwin S. Gault, Jr., MSB No. 10187
Mandie B. Robinson, MSB No. 100446
T. Peyton Smith, MSB No. 103867
FORMAN WATKINS & KRUTZ LLP
210 East Capitol Street, Suite 2200
Jackson, Mississippi 39201-2375
Telephone: 601.969.7834
Fax: 601.960.8613
win.gault@formanwatkins.com

Ethan Jacobs (admitted *pro hac vice*)
HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, California 94104
Telephone: 415.200.4984
ejacobs@hollandlawllp.com
COUNSEL FOR DEFENDANTS